**CERTIFICATE OF SERVICE**

       I, Carmel Ann Funk, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made June 13 , 2014 by:

☑      Mail service: Regular, first class United States mail, postage fully pre-paid addressed to:

| | |
|---|---|
| Movers Connection Inc.<br>3751 Revere Street<br>Denver, CO  80239 | Father and Sons Movers, Inc.<br>Registered Agent The Company Corporation<br>2711 Centerville Rd. Suite 400,<br>Wilmington, DE |
| Kris Martinez<br>17075 Carlson Dr., Apt. 1124<br>Parker, CO | Sofia Shifrin<br>11692 East Baltic Place<br>Aurora, CO |
| Eric Sheldon<br>9394 E. Atlantic Place<br>Denver CO | Michael Sarris<br>6395 E. Minnesota Drive<br>Denver, CO |
| Michael Dupree<br>8940 Lilly Street<br>Thornton, CO | |

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

      Under penalty of perjury, I declare that the foregoing is true and correct.

 June 13, 2014                               s/ Carmel Ann Funk

*Date*                                          *Signature*

| | |
|---|---|
| Print Name | Carmel Ann Funk |
| Business Address | 4200 IDS Center, 80 S. 8th Street |
| City, State, Zip | Minneapolis, Minnesota 55402 |

DOCS-#4224323-v1

# U.S. Bankruptcy Court
## District of Colorado

In re:

Bankruptcy Case No.**12–22722–MER**

**LEONID SHIFRIN**

Debtor

Adversary Proceeding No.**14–01284–MER**

**HARVEY SENDER, CHAPTER 7 TRUSTEE**

Plaintiff

v.

**MOVERS CONNECTION INC.**

**FATHER AND SONS MOVERS, INC. ET. AL.**

**Refer to page 2 of this Summons for additional Defendants**

Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

**Clerk, U.S. Bankruptcy Court**
**District of Colorado**
**721 19th St.**
**Denver, CO 80202–2508**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

**Kirstin Dawn Kanski**
**4200 IDS Ctr. 80 S. 8th St.**
**Minneapolis, MN 55402**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued:**
**06/13/2014**

CSD 3007

**continued caption:**

**Listing Of Defendant Names:**

MOVERS CONNECTION INC.

FATHER AND SONS MOVERS, INC.

KRIS MARTINEZ

MICHAEL SARRIS

ERIC SHELDON

MICHAEL DUPREE

SOFIA SHIFRIN