# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>　　Debtor. | )<br>)<br>)<br>) Case No. 12-22722 MER<br>) Chapter<br>) |
| HARVEY SENDER, Chapter 7 Trustee<br><br>　　Plaintiff,<br><br>v.<br><br>MOVERS CONNECTION INC., FATHER AND SONS MOVERS, INC., KRIS MARTINEZ, MICHAEL SARRIS, ERIC SHELDON, MICHAEL DUPREE and SOFIA SHIFRIN,<br><br>　　Defendants. | )<br>)<br>)<br>) Adv. Proc. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED
## CERTIFICATE OF SERVICE

I, Carmel Ann Funk, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 13, 2014 by:

☑　　Mail service: Regular, first class United States mail, postage fully pre-paid addressed to:

| Movers Connection, Inc.<br>3751 Revere Street<br>Denver, CO 80239 | Father and Sons Movers, Inc.<br>17011 Lincoln Avenue<br>Parker CO, 80134 |
|---|---|

DOCS-#4227321-v1

| | |
|---|---|
| Kris Martinez<br>17075 Carlson Dr. Apt. 1124<br>Parker, CO 80134<br><br>Kris Martinez<br>17011 Lincoln Avenue #372<br>Parker CO 80134<br><br>Kris Martinez<br>16916 Molina Place<br>Parker 80134 | Michael Sarris<br>6395 E. Minnesota Drive<br>Denver, CO 80224 |
| Eric Sheldon<br>9394 E. Atlantic Place<br>Denver, CO 8023 | Sofia Shifrin<br>11692 East Baltic Place<br>Aurora, CO |
| Michael Dupree<br>8940 Lilly Street<br>Thornton, CO 80229 | |

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

July 2, 2014
*Date*

*Signature* Carmel Ann Funk

| Print Name | Carmel Ann Funk |
|---|---|
| Business Address | 4200 IDS Center, 80 S. 8th Street |
| City, State, Zip | Minneapolis, Minnesota 55402 |