UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Sender v. Movers Connection, Inc., et al
Debtor(s)

Case No.: 14-01284 MER
Chapter: AP

Notice of Deficiency
Failure to Pay Filing Fees

This Notice refers to the following document filed with the court on : 7/14/2014
By : Vladimir Shifrin

- Motion to vacate, modify or request relief from the automatic stay, to withdraw the reference of a case or proceeding, or to compel abandonment of property of the estate.

After completing a review of the record, it appears that payment of the following fee has not been received for the below-referenced document; nor has there been filed a Motion to Proceed in Forma Pauperis.

$176 - (½ of the fee for instituting a civil action under Title 28 U.S.C. § 1914(a)) for filing :
   a) motion to vacate, modify or request relief from the automatic stay,
   b) to withdraw the reference of a case or proceeding,
   c) or to compel abandonment of property of the estate.

NOTICE IS HEREBY GIVEN that the required fee and/or omission(s) described above shall be attached to a copy of this notice and received by the Clerk of Court by the Deficiency Cure Date shown below or the pleading shall be stricken from the records of the Court or shall be referred to the Court for further order.

DEFICIENCY CURE DATE: 7/28/2014

FOR THE COURT:
Kenneth S. Gardner, Clerk

s/ M. Jill Patuto
Deputy Clerk

Dated  7/16/2014

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

**NO PERSONAL CHECKS ACCEPTED**