```
                            United States Bankruptcy Court
                                  District of Colorado
Sender, Chapter 7 Trustee,
         Plaintiff                                            Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: patutoj              Page 1 of 1          Date Rcvd: Jul 16, 2014
                             Form ID: pdf904            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2014.
aty           +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2014 at the address(es) listed below:
      Harvey   Sender (Int)    Sendertrustee@sendwass.com
      Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
       kkanski@lindquist.com,  cfunk@lindquist.com
                                                                               TOTAL: 2

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN | ) | Bankruptcy No. 12-22722 MER |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| HARVEY SENDER, as Chapter 7 Trustee, | ) | |
| | ) | Adversary Proceeding No. 14-01284 MER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC., and | ) | |
| SOFIA SHIFRIN | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION TO WITHDRAW THE REFERENCE**

Movant Movers Connections, Inc., and Sofia Shifrin, by and through their counsel, Valdimir Shifrin, filed a Motion to Withdraw the Reference to the U.S. District Court for the Adversary Proceeding and Request for Jury Trial Pursuant to Fed.R.Bankr.P.5011.  Within Fourteen (14) days after being served with a copy of the Motion for Withdrawal of the Reference, a party may file with the Clerk of Court and serve on all affected parties, an objection to the Motion and a designation of any additional portions of the record for the District Court's determination of the Motion.  The Movant will have seven (7) days after service of any such objection within which to file a reply.  The record may be supplemented by additional portions of the record as determined by the bankruptcy judge.  The matter may thereupon by transmitted to the District Court for consideration.

Dated: 7/16/2014

Kenneth S. Gardner, Clerk

By M.Jill Patuto
Appeals Deputy
