United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: patutoj                Page 1 of 1            Date Rcvd: Jul 16, 2014
                               Form ID: pdf906              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2014.
```
ust            +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust            +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustp.region19@usdoj.gov Jul 16 2014 23:25:05     Beverly Smith (341),    999 18th St,
                 Ste 1551,    Denver, CO 80202-2415
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2014 at the address(es) listed below:
```
              Harvey   Sender (Int)    Sendertrustee@sendwass.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               kkanski@lindquist.com,   cfunk@lindquist.com
                                                                                              TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Sender v. Movers Connection, Inc., et al
     Debtor(s)

Case No.: 14-01284 MER
Chapter: AP

Notice of Deficiency
Failure to Pay Filing Fees

This Notice refers to the following document filed with the court on : 7/14/2014
By : Michael Dupree
- Motion to vacate, modify or request relief from the automatic stay, to withdraw the reference of a case or proceeding, or to compel abandonment of property of the estate.

After completing a review of the record, it appears that payment of the following fee has not been received for the below-referenced document; nor has there been filed a Motion to Proceed in Forma Pauperis.

$176 - (½ of the fee for instituting a civil action under Title 28 U.S.C. § 1914(a)) for filing :
    a) motion to vacate, modify or request relief from the automatic stay,
    b) to withdraw the reference of a case or proceeding,
    c) or to compel abandonment of property of the estate.

NOTICE IS HEREBY GIVEN that the required fee and/or omission(s) described above shall be attached to a copy of this notice and received by the Clerk of Court by the Deficiency Cure Date shown below or the pleading shall be stricken from the records of the Court or shall be referred to the Court for further order.

DEFICIENCY CURE DATE: 7/28/2014

FOR THE COURT:
Kenneth S. Gardner, Clerk

s/ M. Jill Patuto
    Deputy Clerk

Dated  7/16/2014

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

**NO PERSONAL CHECKS ACCEPTED**