(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
District of Colorado

Harvey Sender, Chapter 7 Trustee        Case No. **14–01284–MER**

                Plaintiff,

v.

Movers Connection Inc.

                Defendant.

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 7/28/2014 to Stephanie Kanan regarding document number 22 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: Incorrect event was used to docket the Response to Motion to Withdraw the Reference

E–Filer Shall: Please redocket using the event "Response to Motion to Withdraw the Reference" which can be found in the Answer/Response/Objections Category

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 7/29/14                                KENNETH S. GARDNER, Clerk

                                                          By: s/ M.Jill Patuto
                                                          Deputy Clerk
                                                          United States Bankruptcy Court
                                                          U.S. Custom House
                                                          721 Nineteenth Street
                                                          Denver, CO 80202–2508