United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: patutoj          Page 1 of 1          Date Rcvd: Jul 29, 2014
                              Form ID: 213           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2014.
ust          +Aaron Carson,   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
ust          +Nicole Zollars (341),   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustp.region19@usdoj.gov Jul 29 2014 23:28:35      Beverly Smith (341),   999 18th St,
               Ste 1551,   Denver, CO 80202-2415
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Bernie Onstad
ust           Kathi Hindes
                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2014 at the address(es) listed below:
      Harvey  Sender (Int)    Sendertrustee@sendwass.com
      Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
        kkanski@lindquist.com,  cfunk@lindquist.com
      Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
        bblessing@lindquist.com
                                                                                              TOTAL: 3

(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| Harvey Sender, Chapter 7 Trustee | Case No. **14–01284–MER** |
| Plaintiff, | |
| v. | |
| Movers Connection Inc. | |
| Defendant. | |

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 7/28/2014 to Stephanie Kanan regarding document number 22 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: Incorrect event was used to docket the Response to Motion to Withdraw the Reference

E–Filer Shall: Please redocket using the event "Response to Motion to Withdraw the Reference" which can be found in the Answer/Response/Objections Category

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 7/29/14    KENNETH S. GARDNER, Clerk

By: s/ M.Jill Patuto
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508