# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | Case No. 12-22722 MER |
| ) | |
| Debtor ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | Adv. Proc. No. 14-1284-MER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC.; ) | |
| FATHER AND SONS MOVERS, INC.; ) | |
| KRIS MARTINEZ; MICHAEL SARRIS; ) | |
| ERIC SHELDON; MICHAEL DUPREE; ) | |
| and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Michael T. Gilbert of Lindquist & Vennum LLP enters his appearance on behalf of Harvey Sender, as Chapter 7 Trustee. Pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure and L.B.R. 9010-1(f), the undersigned requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon the following:

Michael T. Gilbert, Esq.
LINDQUIST & VENNUM LLP
600 17th Street, Suite 1800-South
Denver, CO 80202
Telephone: (303) 454-0590
Facsimile: (303) 573-1956
E-mail: mgilbert@lindquist.com

Respectfully submitted this 6th day of August, 2014

DOCS-#4273858-v1

LINDQUIST & VENNUM LLP

By: /s/ *Michael T. Gilbert*
     Michael T. Gilbert, #15009
600 17th Street, Suite 1800 South
Denver, CO 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: mgilbert@lindquist.com

Counsel for Harvey Sender, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2014, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was served via US Mail, first class postage prepaid, addressed to the following parties:

Vladimir Shifrin, Esq.
420 Kendall Ct, #426
Castle Pines, CO  80108

Michael Dupree
8940 Lilly Street
Thornton, CO   80229

Michael Dupree
3751 Revere St
Denver, CO  80239

Father and Sons Movers, Inc.
Registered Agent The Company Corporation
2711 Centerville Rd. Suite 400,
Wilmington, DE 19808

Kris Martinez
17075 Carlson Dr., Apt. 1124
Parker, CO 80134

Kris Martinez
16916 Molina Pl
Parker CO  80134

Dudley Morton, Esq.
Dill Dill Carr Stonbraker Hutchings
455 Sherman St, #300
Denver, CO  80203

Michael Sarris
6395 E. Minnesota Drive
Denver, CO  80224

Eric Sheldon
9394 E. Atlantic Place
Denver, CO  80231

                                           */s/ Brandon Blessing*
                                           Brandon Blessing