# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORDO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-22722 MER |
| LEONID SHIFRIN, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Complex Case No. 14-9991 MER |
| Plaintiff, ) | |
| ) | |
| VARIOUS DEFENDANTS[1] ) | |

## ORDER GRANTING TRUSTEE'S MOTION TO STAY DEADLINE TO RESPOND TO MOTIONS TO DISMISS AND TO ESTABLISH COMPREHENSIVE DEADLINE

THIS MATTER is before the Court on the Motion to Stay Deadline to Respond to Motions to Dismiss and to Establish Comprehensive Deadline (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines for the Trustee to respond to any and all dispositive motions in the Adversary Proceedings are hereby STAYED until a date agreed upon by the parties at the scheduling conference to be conducted in the jointly-administered proceedings.

Dated this  5th   day of August, 2014.

_____
Honorable United States Bankruptcy Court Judge

---

[1] The defendants and adversary proceeding numbers subject to this Order are listed in Exhibit A to the Trustee's Motion.

DOCS-#4279794-v1