# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-22722 MER |
| LEONID SHIFRIN | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| HARVEY SENDER, Chapter 7 Trustee | ) Complex Case No. 14-9991 MER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VARIOUS DEFENDANTS | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the scheduling conference for administration of the complex case which was originally scheduled on September 29, 2014, at 10:30 a.m. is continued to **Wednesday, October 15, 2014, at 10:30 a.m.** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.

Parties wishing to appear by telephone may call 720-904-7499. The ID number is 993 536 252#. Counsel for the Trustee must appear in person.

DATED: August 7, 2014        BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508