```
                          United States Bankruptcy Court
                              District of Colorado
```

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1082-1        User: kowacha             Page 1 of 1         Date Rcvd: Aug 08, 2014
                            Form ID: pdf904           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2014.
```
aty         +Vladimir Shifrin,   420 Kendall Court, #. 426,   Castle Pines, CO 80108-9294
dft         +Michael Dupree,   3751 Revere St.,   Denver, CO 80239-3431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2014 at the address(es) listed below:
```
              Harvey  Sender (Int)    Sendertrustee@sendwass.com
              John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               stoms@lindquist.com;sroberts@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               kkanski@lindquist.com,  cfunk@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,  stoms@lindquist.com;sroberts@lindquist.com
              Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
                                                                                             TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORDO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-22722 MER |
| LEONID SHIFRIN, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Complex Case No. 14-9991 MER |
| Plaintiff, ) | |
| ) | |
| VARIOUS DEFENDANTS[1] ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO STAY DEADLINE TO RESPOND TO MOTIONS TO DISMISS AND TO ESTABLISH COMPREHENSIVE DEADLINE**

THIS MATTER is before the Court on the Motion to Stay Deadline to Respond to Motions to Dismiss and to Establish Comprehensive Deadline (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines for the Trustee to respond to any and all dispositive motions in the Adversary Proceedings are hereby STAYED until a date agreed upon by the parties at the scheduling conference to be conducted in the jointly-administered proceedings.

Dated this  5th  day of August, 2014.

_____
Honorable United States Bankruptcy Court Judge

---

[1] The defendants and adversary proceeding numbers subject to this Order are listed in Exhibit A to the Trustee's Motion.

DOCS-#4279794-v1