United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: kowacha    Page 1 of 1    Date Rcvd: Aug 08, 2014
                    Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2014.
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2014 at the address(es) listed below:
        Harvey  Sender (Int)     Sendertrustee@sendwass.com
        John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
         stoms@lindquist.com;sroberts@lindquist.com
        Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
         kkanski@lindquist.com,   cfunk@lindquist.com
        Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
         mgilbert@lindquist.com,   stoms@lindquist.com;sroberts@lindquist.com
        Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
         bblessing@lindquist.com
                                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-22722 MER |
| LEONID SHIFRIN | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| HARVEY SENDER, Chapter 7 Trustee | ) Complex Case No. 14-9991 MER |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| VARIOUS DEFENDANTS | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the scheduling conference for administration of the complex case which was originally scheduled on September 29, 2014, at 10:30 a.m. is continued to **Wednesday, October 15, 2014, at 10:30 a.m.** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.

Parties wishing to appear by telephone may call 720-904-7499. The ID number is 993 536 252#. Counsel for the Trustee must appear in person.

DATED: August 7, 2014     BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508