# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>    Debtor.<br><br>_____<br><br>HARVEY SENDER, Chapter 7 Trustee<br><br>    Plaintiff,<br><br>v.<br><br>MOVERS CONNECTION INC., FATHER AND SONS MOVERS, INC., KRIS MARTINEZ, MICHAEL SARRIS, ERIC SHELDON, MICHAEL DUPREE and SOFIA SHIFRIN,<br><br>    Defendants. | Case No. 12-22722 MER<br>Chapter 7<br><br><br><br>Adv. Proc. No. 14-01284 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND

Harvey Sender, as Chapter 7 Trustee (the "Trustee"), for his Motion for Extension of Time to Answer to Otherwise Respond (this "Motion") hereby states:

    1.    On June 13, 2014, the Trustee filed a complaint against the Defendants Movers Connection Inc., Father and Sons Movers, Inc., Kris Martinez, Michael Sarris, Eric Sheldon,

DOCS-#4308401-v1

Michael Dupree and Sofia Shifrin (the "Defendants"), seeking to recover pre-petition and post-petition fraudulent transfers.

2. On July 1, 2014, the Court entered an Order that Defendants' answer or response to the Complaint is due on August 29, 2014.

3. Defendant Michael Sarris has since retained counsel and the Trustee and counsel for Defendant Michael Sarris have engaged in good faith negotiations to resolve the Trustee's claims against Defendant Michael Sarris, which have included an informal exchange of documents.

4. Defendant Michael Sarris and the Trustee mutually agree that an additional sixty-day extension of time for Defendant Michael Sarris to answer or otherwise respond to the Trustee's Complaint is warranted and proper to facilitate settlement negotiations and a potential resolution of this matter.

5. The Trustee is authorized by counsel for Defendant Michael Sarris to represent to the Court that the Motion for Extension of Time to Answer or Otherwise Respond is not opposed by Defendant Michael Sarris.

6. The Trustee therefore moves the Court to grant Defendant Michael Sarris until October 31, 2014, to respond to the Trustee's Complaint.

7. The Trustee does not move or seek to extend the response deadline for any other defendant named in this action.

Dated this 25th day of August, 2014.

        Respectfully submitted,

        LINDQUIST & VENNUM LLP

        By:    /s/  Kirstin D. Kanski
            John C. Smiley, #16210
            Kirstin D. Kanski, #0346676 (MN)
            Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, CO 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: jsmiley@lindquist.com
       kkanski@lindquist.com
       skanan@lindquist.com

*Attorneys for Harvey Sender, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2014, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND** was served via U.S. Mail, first class postage prepaid, addressed to the following:

Dudley Morton, Esq.
Dill Dill Carr Stonbraker Hutchings
455 Sherman St, #300
Denver, CO  80203

Michael Sarris
6395 E. Minnesota Drive
Denver, CO  80224

                                         /s/  Carmel Funk
                                         Carmel Funk