## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | |
| ) | Case No. 12-22722 MER |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| _____ ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Adv. Proc. No. 14-01284 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT
MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND**

THIS MATTER is before the Court on the Motion for Extension of Time for Defendant Michael Sarris to Answer or Otherwise Respond (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised.

DOCS-#4308395-v1

It is hereby ORDERED that the Trustee's Motion is granted; and

IT IS FURTHER ORDERED that the Defendant Michael Sarris has until October 31, 2014, to answer or otherwise respond to the Trustee's Complaint.

Dated this \_\_\_\_ day of August, 2014.

_____
United States Bankruptcy Court Judge

DOCS-#4308395-v1