## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | |
| | ) | Case No. 12-22722 MER |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | |
| | ) | Adv. Proc. No. 14-01284 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC., FATHER AND | ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, | ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL | ) | |
| DUPREE and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT
## MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND

THIS MATTER is before the Court on the Motion for Extension of Time for Defendant Michael Sarris to Answer or Otherwise Respond (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised.

DOCS-#4308395-v1

It is hereby ORDERED that the Trustee's Motion is granted; and

IT IS FURTHER ORDERED that the Defendant Michael Sarris has until October 31, 2014, to answer or otherwise respond to the Trustee's Complaint.

Dated this <u>26th</u> day of August, 2014.

_____
United States Bankruptcy Court Judge