United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: kowacha     Page 1 of 1     Date Rcvd: Aug 26, 2014
                     Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2014.
        +Dudley Morton, Esq.,   Dill Dill Carr Stonbraker Hutchings,   455 Sherman St. #300,    Denver, CO 80203-4404
        +Michael Sarris,   6395 E. Minnesota Dr.,   Denver, CO 80224-1980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2014                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2014 at the address(es) listed below:
          Harvey  Sender (Int)   Sendertrustee@sendwass.com
          John C. Smiley   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,    stoms@lindquist.com;sroberts@lindquist.com
          Kirstin Dawn Kanski   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee    kkanski@lindquist.com,  cfunk@lindquist.com
          Michael T Gilbert   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee    mgilbert@lindquist.com,  stoms@lindquist.com;sroberts@lindquist.com
          Stephanie  Kanan   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,    bblessing@lindquist.com
                                                                                                         TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | |
| ) | Case No. 12-22722 MER |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Adv. Proc. No. 14-01284 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND

THIS MATTER is before the Court on the Motion for Extension of Time for Defendant Michael Sarris to Answer or Otherwise Respond (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised.

DOCS-#4308395-v1

It is hereby ORDERED that the Trustee's Motion is granted; and

IT IS FURTHER ORDERED that the Defendant Michael Sarris has until October 31, 2014, to answer or otherwise respond to the Trustee's Complaint.

Dated this <u>26th</u> day of August, 2014.

_____
United States Bankruptcy Court Judge

DOCS-#4308395-v1