UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In RE:<br>LEONID SHIFRIN<br><br>        Debtor(s).<br>_____ | )<br>)  Bankruptcy No. 12-22722 MER<br>)<br>)<br>) |
| HARVEY SENDER, as Chapter 7 Trustee<br><br>        Plaintiff/Applicant/Movant<br><br>v.<br><br>MOVERS CONNECTION, INC. and<br>SOFIA SHIFRIN<br><br>        Defendant/Respondent<br>_____ | )<br>)  Adversary No. 14-1284 MER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Clerk's Notice of Referral to District Court Pursuant to D.C.COLO.LR.CIV.84.1**

Pursuant to an order of the Bankruptcy Court dated **9/30/2014**, attached please find the following document(s) which are hereby referred to and transmitted herewith to the U.S. District Court for further action in accordance with D.C.COLO.LR.CIV.84.1:

[X]    **Motion to Withdraw the Reference\*,** response(s) thereto, if any, supplementation of the record as determined by the Bankruptcy Judge, and the order of referral to the District Court;

[ ]    **Non-Core Proceeding\*** including proposed findings of fact and conclusions of law required by 28 U.S.C. § 157(c)(1), proposed order, certificate of service or those proposed findings, conclusions and order upon all parties, and objections thereto, if any, filed pursuant to Fed.R.Bankr.P. 9033;

[ ]    **Personal Injury or Wrongful Death Claim** arising in or related to a case under Title 11 that must be assigned to a District Judge pursuant to D.C.COLO.LR.CIV 40.1E and tried in the District Court;

[ ]    **Criminal Contempt** referral with findings of fact and conclusions of law, and certificate of service of those findings and conclusions upon all parties.

[ ]    **Unfair or Deceptive Acts Committed by Petition Preparer** certified pursuant to 11 U.S.C. §110(i), including findings of fact and certificate of service of those findings upon all parties, and any objections thereto.

**\***Notice of these matters have been served upon all parties, the time for the filing of objections has elapsed, and objections, if any, are attached.

Dated 9/30/2014

FOR THE COURT:
Kenneth S. Gardner, Clerk

By M. Jill Patuto, Appeals Deputy