United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1        User: patutoj               Page 1 of 1         Date Rcvd: Sep 30, 2014
                            Form ID: pdf904             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2014.
dft           +Michael Dupree,    3751 Revere St.,   Denver, CO 80239-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2014 at the address(es) listed below:
      Harvey   Sender (Int)    Sendertrustee@sendwass.com
      John C. Smiley    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
       stoms@lindquist.com;sroberts@lindquist.com
      Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
       kkanski@lindquist.com,   cfunk@lindquist.com
      Michael T Gilbert    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
       mgilbert@lindquist.com,   stoms@lindquist.com;sroberts@lindquist.com
      Stephanie   Kanan    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee skanan@lindquist.com,
       bblessing@lindquist.com
                                                                                                               TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN ) | Case No. 12-22722 MER |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |
| ) | |
| HARVEY SENDER, as Chapter 7 Trustee ) | Adversary No.14-1284 MER |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| MOVERS CONNECTION, INC. and ) | |
| SOFIA SHIFRIN ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 7/14/2014 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated:  September 30, 2014                    BY THE COURT:

_____
United States Bankruptcy Court Judge