*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: **October 15, 2014** | | HONORABLE MICHAEL E. ROMERO, Presiding |

| | | | | |
|---|---|---|---|---|
| In re: | **LEONID SHIFRIN** | Debtor. | | Case No. 12-22722 MER<br>Chapter 7 |
| | **HARVEY SENDER, Chapter 7 Trustee** | Plaintiff | | **Adversary Proceeding**<br>**No. 14-9991 MER** |
| | **Various Defendants (Complex Case Proceeding** | v.<br>Defendants. | | |

Appearances

| | | | | |
|---|---|---|---|---|
| Plaintiff | | Counsel | **Stephanie Kannan/Kirstin Kanski** | |
| Defendant | **Mannheim Remarketing** | Counsel | **Neal Dunning** | |
| Defendant | **Qilly Shifrin, et al.** | Counsel | **Vladamir Shifrin** | |
| Defendant | **Discover** | Counsel | **Judy Thompson** | |
| Defendant | **American Express** | Counsel | **Darryl Laddin** | |
| Defendant | **Citigroup** | Counsel | **Ashley Calhoun** | |
| Defendant | **Michael Haase** | Counsel | **Kimberly Tyson** | |

Proceedings:   **Complex Case Status and Scheduling**

Orders:

[X]   The firm date to file answers and/or responsive pleadings in all adversaries is November 28, 2014.  Discovery shall commence after that date.

[X]   On or before December 3, 2014, counsel for the Plaintiff shall circulate a proposed discovery scheduling order for review and comment.  The draft discovery order shall be forwarded to the Court by email to **courtroomd@cob.uscourts.gov.** prior to the continued scheduling conference.

[X]   The Court will hold a continued scheduling conference on Wednesday, December 10, 2014, at 10:30 a.m.  Parties wishing to participate by telephone may call 720-904-7499.  The User ID is 1128.

Date: **October 15, 2014**   FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____