United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 1082-1 | User: kowacha | Page 1 of 1 | Date Rcvd: Oct 15, 2014 |
| | Form ID: pdf904 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2014.
aty            +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2014 at the address(es) listed below:
    Harvey  Sender (Int)    Sendertrustee@sendwass.com
    John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
     stoms@lindquist.com;sroberts@lindquist.com
    Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
     kkanski@lindquist.com,   cfunk@lindquist.com
    Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
     mgilbert@lindquist.com,   stoms@lindquist.com;sroberts@lindquist.com
    Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
     bblessing@lindquist.com
                                                                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: **October 15, 2014** | | **HONORABLE MICHAEL E. ROMERO, Presiding** |

| | | | |
|---|---|---|---|
| In re: | **LEONID SHIFRIN** | Debtor. | **Case No. 12-22722 MER**<br>**Chapter 7** |
| | **HARVEY SENDER, Chapter 7 Trustee** | Plaintiff | **Adversary Proceeding**<br>**No. 14-9991 MER** |
| | **Various Defendants (Complex Case Proceeding** | v.<br>Defendants. | |

Appearances

| | | | | |
|---|---|---|---|---|
| Plaintiff | | Counsel | **Stephanie Kannan/Kirstin Kanski** | |
| Defendant | **Mannheim Remarketing** | Counsel | **Neal Dunning** | |
| Defendant | **Qilly Shifrin, et al.** | Counsel | **Vladamir Shifrin** | |
| Defendant | **Discover** | Counsel | **Judy Thompson** | |
| Defendant | **American Express** | Counsel | **Darryl Laddin** | |
| Defendant | **Citigroup** | Counsel | **Ashley Calhoun** | |
| Defendant | **Michael Haase** | Counsel | **Kimberly Tyson** | |

Proceedings: **Complex Case Status and Scheduling**

Orders:

[X]  **The firm date to file answers and/or responsive pleadings in all adversaries is November 28, 2014. Discovery shall commence after that date.**

[X]  **On or before December 3, 2014, counsel for the Plaintiff shall circulate a proposed discovery scheduling order for review and comment. The draft discovery order shall be forwarded to the Court by email to courtroomd@cob.uscourts.gov. prior to the continued scheduling conference.**

[X]  **The Court will hold a continued scheduling conference on Wednesday, December 10, 2014, at 10:30 a.m. Parties wishing to participate by telephone may call 720-904-7499. The User ID is 1128.**

Date: **October 15, 2014**   FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____