# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | |
| ) | Case No. 12-22722 MER |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Adv. Proc. No. 14-01284 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND

Harvey Sender, as Chapter 7 Trustee (the "Trustee"), for his Motion for Second Extension of Time to Answer or Otherwise Respond (this "Motion"), hereby states:

1.  On June 13, 2014, the Trustee filed his complaint (the "Complaint") against the Defendants Movers Connection Inc., Father and Sons Movers, Inc., Kris Martinez, Michael Sarris, Eric Sheldon, Michael Dupree and Sofia Shifrin, seeking to recover post-petition fraudulent transfers.

2.  On June 30, 2014, in the underlying bankruptcy case, the Trustee filed his Motion to Set Complex Case Management Conference and Motion for Joint Administration of

Adversary Proceedings. The Court granted this Motion on July 1, 2014, commencing Complex Adversary Proceeding No. 14-09991 (the "Complex Case") for the administration of certain scheduling matters in this and related adversary proceedings.

3. On July 1, 2014, the Court entered Procedural Order No. 1 for Joint Administration of Pending Adversaries for the Purposes of Fed. R. Bankr. P. 7016, establishing August 29, 2014 as the deadline for Defendants to answer or otherwise respond to the Complaint.

4. On August 25, 2014, the Trustee moved for an extension of Defendant Michael Sarris' deadline to file an answer or otherwise respond to the Complaint. The Court granted an extension to October 31, 2014. *See* Dkt. #37.

5. On October 15, 2014, the Court held a scheduling conference for administration of the Complex Case and set a firm date of November 28, 2014 to file answers and/or responsive pleadings in all adversaries. *See* Dkt. #42.

6. The Trustee hereby moves to extend Defendant Michael Sarris' response deadline from October 31, 2014 to November 28, 2014, keeping in line with the new deadline set by the Court. Recognizing that the deadline set by the Court is a firm date, no further extensions will be sought by the Trustee.

7. The Trustee is authorized by counsel for Defendant Michael Sarris to represent to the Court that this Motion is not opposed by Defendant Michael Sarris. The Trustee does not move or seek to extend the response deadline for any other defendant named in this action.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the requested relief and allowing Defendant Michael Sarris until November 28, 2014 to respond to the Trustee's Complaint.

Dated this 29th day of October, 2014.

       Respectfully submitted,

       LINDQUIST & VENNUM LLP

       By:  /s/ Stephanie Kanan
         John C. Smiley, #16210
         Kirstin D. Kanski, #0346676 (MN)
         Stephanie A. Kanan, #42437
       600 17th Street, Suite 1800 South
       Denver, CO 80202-5441
       Telephone: (303) 573-5900
       Facsimile: (303) 573-1956
       Email: jsmiley@lindquist.com
         kkanski@lindquist.com
         skanan@lindquist.com

       *Attorneys for Harvey Sender, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND** was served via U.S. Mail, first class postage prepaid, addressed to the following:

Dudley Morton, Esq.
Dill Dill Carr Stonbraker Hutchings
455 Sherman St, #300
Denver, CO 80203

Michael Sarris
6395 E. Minnesota Drive
Denver, CO 80224

                                                /s/ Sue Toms