**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | |
| | ) | Case No. 12-22722 MER |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | |
| | ) | Adv. Proc. No. 14-01284 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC., FATHER AND | ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, | ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL | ) | |
| DUPREE and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND**

THIS MATTER is before the Court on the Unopposed Motion for Second Extension of Time for Defendant Michael Sarris to Answer or Otherwise Respond (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised.

It is hereby ORDERED that the Trustee's Motion is granted; and

IT IS FURTHER ORDERED that the Defendant Michael Sarris has until November 28, 2014, to answer or otherwise respond to the Trustee's Complaint.

Dated this 30th day of October, 2014.

_____
United States Bankruptcy Court Judge

DOCS-#4383549-v1