United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: kowacha     Page 1 of 1     Date Rcvd: Oct 30, 2014
                      Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2014.
aty          +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
dft          +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2014                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2014 at the address(es) listed below:
           Harvey   Sender (Int)     Sendertrustee@sendwass.com
           John C. Smiley     on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
            stoms@lindquist.com;sroberts@lindquist.com
           Kirstin Dawn Kanski     on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
            kkanski@lindquist.com,    cfunk@lindquist.com
           Michael T Gilbert     on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
            mgilbert@lindquist.com,    stoms@lindquist.com;sroberts@lindquist.com
           Stephanie   Kanan     on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee skanan@lindquist.com,
            bblessing@lindquist.com
                                                                     TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | |
| ) | Case No. 12-22722 MER |
| Debtor ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Adv. Proc. No. 14-01284 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT MICHAEL SARRIS TO ANSWER OR OTHERWISE RESPOND**

THIS MATTER is before the Court on the Unopposed Motion for Second Extension of Time for Defendant Michael Sarris to Answer or Otherwise Respond (the "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised.

It is hereby ORDERED that the Trustee's Motion is granted; and

IT IS FURTHER ORDERED that the Defendant Michael Sarris has until November 28, 2014, to answer or otherwise respond to the Trustee's Complaint.

Dated this 30th day of October, 2014.

_United States Bankruptcy Court Judge_

DOCS-#4383549-v1