*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

*Minutes of Proceeding*

| Date: | **December 10, 2014** | | **HONORABLE MICHAEL E. ROMERO, Presiding** |
|---|---|---|---|

| In re: | **LEONID SHIFRIN** | | **Case No. 12-22722 MER** |
|---|---|---|---|
| | | Debtor. | **Chapter 7** |
| | **HARVEY SENDER, Chapter 7 Trustee** | Plaintiff | **Adversary Proceeding** |
| | | v. | **No. 14-9991 MER** |
| | **Various Defendants (Complex Case Proceeding)** | Defendants. | |

Appearances

| Plaintiff | | Counsel | **Stephanie Kannan/Kirstin Kanski** |
|---|---|---|---|
| Defendant | **Mannheim Remarketing** | Counsel | **Neal Dunning** |
| Defendant | **Capital One** | Counsel | **Eric Flynn** |
| Defendant | **Discover** | Counsel | **Lindsay Thompson** |
| Defendant | **American Express** | Counsel | **Michael Holbien** |
| Defendant | **Konstantine Michelis** | Counsel | **Geoffrey Lindquist** |
| Defendant | **Michael Haase** | Counsel | **Kimberly Tyson** |
| Defendant | **Bank of America** | Counsel | **Stephen Rynerson** |

Proceedings:   **Complex Case Status and Scheduling**

Orders:

[X]      **The Court will review the proposed trial scheduling orders and protective orders for entry.**

Date: **December 10, 2014**          FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____