United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: kowacha     Page 1 of 1     Date Rcvd: Dec 10, 2014
                     Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2014.
aty         +Vladimir Shifrin,   420 Kendall Court, #. 426,   Castle Pines, CO 80108-9294
dft         +Michael Dupree,   3751 Revere St.,   Denver, CO 80239-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2014 at the address(es) listed below:
           Dudley  Morton    on behalf of Defendant Michael  Sarris dmorton@dillanddill.com
           Harvey  Sender (Int)    Sendertrustee@sendwass.com
           John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
            stoms@lindquist.com;sroberts@lindquist.com
           Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
            kkanski@lindquist.com,  cfunk@lindquist.com
           Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
            mgilbert@lindquist.com,  stoms@lindquist.com;sroberts@lindquist.com
           Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
            bblessing@lindquist.com
                                                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| Date: | **December 10, 2014** | | **HONORABLE MICHAEL E. ROMERO, Presiding** |
|---|---|---|---|

| In re: | **LEONID SHIFRIN** | Debtor. | **Case No. 12-22722 MER** **Chapter 7** |
|---|---|---|---|
| | **HARVEY SENDER, Chapter 7 Trustee** | Plaintiff | **Adversary Proceeding No. 14-9991 MER** |
| | **Various Defendants (Complex Case Proceeding)** v. | Defendants. | |

| | Appearances | | | |
|---|---|---|---|---|
| Plaintiff | | Counsel | **Stephanie Kannan/Kirstin Kanski** | |
| Defendant | **Mannheim Remarketing** | Counsel | **Neal Dunning** | |
| Defendant | **Capital One** | Counsel | **Eric Flynn** | |
| Defendant | **Discover** | Counsel | **Lindsay Thompson** | |
| Defendant | **American Express** | Counsel | **Michael Holbien** | |
| Defendant | **Konstantine Michelis** | Counsel | **Geoffrey Lindquist** | |
| Defendant | **Michael Haase** | Counsel | **Kimberly Tyson** | |
| Defendant | **Bank of America** | Counsel | **Stephen Rynerson** | |

Proceedings: **Complex Case Status and Scheduling**

Orders:

[X]   **The Court will review the proposed trial scheduling orders and protective orders for entry.**

Date: **December 10, 2014**     FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____