United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: mckinleyj      Page 1 of 1      Date Rcvd: Dec 12, 2014
                       Form ID: pdf904      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2014.
```
aty            +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
ust            +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust            +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustp.region19@usdoj.gov Dec 12 2014 23:17:10      Beverly Smith (341),
                 999 18th St,    Ste 1551,    Denver, CO 80202-2415
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
dft             Eric Sheldon
dft             Father and Sons Movers, Inc.
dft             Kris Martinez
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2014                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2014 at the address(es) listed below:
```
          Dudley  Morton    on behalf of Defendant Michael   Sarris dmorton@dillanddill.com
          Harvey  Sender (Int)    Sendertrustee@sendwass.com
          John C. Smiley    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
           stoms@lindquist.com;sroberts@lindquist.com
          Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
           kkanski@lindquist.com,  cfunk@lindquist.com
          Michael T Gilbert    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
           mgilbert@lindquist.com,  stoms@lindquist.com;sroberts@lindquist.com
          Stephanie  Kanan    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee skanan@lindquist.com,
           bblessing@lindquist.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>    Debtor.<br><br><br><br>HARVEY SENDER, Chapter 7 Trustee<br><br>    Plaintiff,<br><br>v.<br><br>VARIOUS DEFENDANTS[1] | Case No. 12-22722 MER<br>Chapter 7<br><br><br><br><br>Complex Case No. 14-9991 MER |

## ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF PROTECTIVE ORDER FOR PERSONAL AND PRIVATE INFORMATION

THIS MATTER is before the Court on the Motion for Entry of Protective Order for Personal and Private Information (the "Motion"), filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee") and plaintiff in these jointly administered adversary proceedings. The Court has reviewed the Trustee's Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 107 and Fed. R. Bankr. P. 9037, any party reviewing and copying the Trustee's General Document Production shall redact and otherwise ensure that all personal and private information of any individual is not filed for public record in any adversary proceeding or in the Debtor's bankruptcy case.

Dated December 12, 2014        By the Court

                                                      Michael E. Romero, Judge

---

[1] The Defendants and Adversary Proceeding Numbers subject to this Order are listed in Exhibit A, attached hereto.

DOCS-#4415377-v1

# Exhibit A

*Sender v. Various Defendants (In re Leonid Shifrin)*
Complex Case No. 14-9991 MER

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer[1] | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| American Express Company, American Express Travel Related Services Company, Inc. | 14-01305-MER | 272,755.05 | Michael Holbein Paul Urtz | 6/1/2011 | 11/6/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Bank of America, N.A., Bank of America Corporation. | 14-01302-MER | 2,855.00 | Jennifer Knox Stephen Rynerson | 12/23/2010 | 6/23/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Yes |
| Barclays Bank Delaware | 14-01308-MER | 4,823.53 | Scott Brown Chad Caby | 1/10/2011 | 4/16/2014 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| BMO Harris Bank, N.A. | 14-01309-MER | 254,213.14 | Crystal Oswald Paul Urtz | 1/31/2011 | 12/19/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Brett Baird | 14-01294-MER | 4,954 | Evan Banker | 10/3/2011 | 11/4/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Order Holding Case in Abeyance Entered 12/2 |
| Capital One, N.A. d/b/a GM Card, Capital One Financial Corporation d/b/a Capital One Bank (USA), N.A. | 14-01310-MER | 18,807.77 | Eric Flynn Tara Elgie | 1/6/2011 | 5/15/2014 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Citigroup Inc., Citibank, N.A. | 14-01307-MER | 42,582.48 | Justin Balser | 1/10/111 | 6/6/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Cody Laderman | 14-01285-MER | 13,766 | Pro Se | 7/6/2011 | 8/26/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Mtn for Entry of Default Filed 11/3/14 |
| David Price | 14-01293-MER | 1,962,272 | Pro Se | 11/9/2011 | 12/21/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Discover Bank, Discover Financial Services | 14-01301-MER | 103,769.36 | Judy Thompson Christian Onsager | 12/15/2011 | 6/4/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |

---

[1] Although the claims pleaded in all Adversary Proceedings relate to transactions ranging from 2011 to 2014, the Trustee reserves the right to pursue any and all potential claims related to transactions occurring in or about June 2008 to present, as authorized under applicable law.

DOCS-#4308981-v4

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer[1] | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| Douglas Winkler, Mile High Finance, Inc. | 14-01299-MER | 592,182.26 | Jeffrey Brinen | 6/27/2011 | 3/6/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Gary Brown | 14-01296-MER | 38,470.50 | Pro Se | 12/28/2011 | 7/19/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 C.R.S. §§ 38-8-105 and -106 | No; Default Judgment Entered 11/21 |
| GE Capital Retail Finance, GE Capital Retail Finance d/b/a Synchrony Bank, GE Capital Retail Finance d/b/a Lowes Credit Card. | 14-01303-MER | 4,599.44 | Judith Sethna | 1/19/2011 | 12/18/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Order Holding Case in Abeyance Entered 12/2 |
| HSBC North America Holdings Inc., HSBC North America Holdings Inc., D/B/A HSBC Bank U.S.A., N.A., HSBC Card Services Inc. | 14-01304-MER | 3,174.89 | Paul Grammatico | 1/4/2011 | 10/16/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Order Holding Case in Abeyance Entered 12/2 |
| James A. Slaughter | 14-01291-MER | 107,980 | Pro Se | 6/23/2011 | 8/16/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21 |
| Jason Price | 14-01289-MER | 70,150 | Pro Se | 6/26/2011 | 10/12/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21 |
| Joshua Heier | 14-01286-MER | 8,798 | Pro Se | 7/28/2011 | 8/26/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21 |
| JPMorgan Chase & Co., JPMorgan Chase & Co. d/b/a JPMorgan Chase Bank, N.A. | 14-01311-MER | 116,039.00 | Kevin Driscoll & Craig Schuenemann | 12/22/2010 | 12/11/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |

DOCS-#4308981-v4

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer[1] | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| Konstantine Michelis | 14-01288-MER | 40,300 | Geoffrey Lindquist & Joseph Murr | 7/5/2011 | 6/4/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Yes. |
| Manheim Remarketing, Inc. d/b/a Manheim Denver, d/b/a Manheim Littleton Colorado | 14-01306-MER | 596,445 | Neal Dunning | 4/2/2012 | 6/13/2012 | 11 U.S.C. §§ 502, 542, 547, 550 | No; 3rd Amended Complaint - Due on 12/26 |
| Michael Haase | 14-01292-MER | 25,253.00 | Kimberley Tyson | 11/1/2011 | 4/26/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Yes |
| Movers Connection Inc., Father and Sons Movers, Inc., Kris Martinez, Michael Sarris, Eric Sheldon, Michael Dupree, Sofia Shifrin | 14-01284-MER | 490,532.93 | Vladimir Shifrin for Movers Connection Inc., Sofia Shifrin; Dudley Morton for Michael Sarris | 6/18/2012 | 6/28/2013 | 11 U.S.C. §§ 542, 544, 548, 549, 550, 551 | Yes – Sarris only |
| Oai Luong | 14-01298-MER | 34,975.13 | Pro Se | 6/22/2012 | 1/11/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 C.R.S. §§ 38-8-105 and -106 | Yes; Mtn to Dismiss filed 7/15 |
| Paul Antal | 14-01300-MER | 263,909.28 | Pro Se | 11/15/2011 | 8/28/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Default Judgment Entered 11/21 |
| Paul Mattorano | 14-01295-MER | 18,700 | Pro Se | 3/16/12 (one transfer) | | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Dismissed |
| Qilly Shifrin, Mark Shifrin, Sofia Shifrin, Glasgow Inc., Glasgow Sales, Inc., USWSL Group, Inc., USXLP Inc., 67th Avenue Inc., 67th Inc., Father and Sons Moving, 67th Avenue Movers, Inc., 67th Avenue Logistics, Inc. | 14-01283-MER | 2,085,519.90 | Vladimir Shifrin for Mark Shifrin, Sofia Shifrin, Glasgow Inc. | 6/20/2011 | 9/13/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes – Vlad for Sofia, Mark, Glasgow Inc., & USWSL only |
| Susan Yankovich | 14-01297-MER | 30,121.33 | Pro Se | 4/23/2013 | 1/31/2014 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 C.R.S. §§ 38-8-105 and -106 | Yes |

3

DOCS:#4308981-v4

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer[1] | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| William Edwards | 14-01290-MER | 33,022.40 | Pro Se | 6/23/2011 | 1/23/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21 |

4