# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 13-21412-MER |
| LEONID SHIFRIN | Chapter 7 |
| Debtor. | |
| _____ | |
| HARVEY SENDER, Chapter 7 Trustee | Adversary No. 14-01284-MER |
| Plaintiff, | |
| v. | |
| MOVERS CONNECTION, INC., FATHER AND SONS MOVERS, INC., KRIS MARTINEZ, MICHAEL SARRIS MICHAEL DUPREE, AND SOFIA SHIFRIN | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL PURSUANT TO L.B.R. 9013-1

**COMES NOW** Dudley W. Morton, Esq., Counsel for Defendant, Michael Sarris, and moves this Court for entry of an order allowing counsel to withdraw from representation in this matter, and in support thereof represents to the Court as follows:

1. This adversary proceeding was filed on DATE.

2. The undersigned was retained and filed an Answer on behalf of Mr. Sarris on November 26, 2014.

3. Irreconcilable differences have arisen between Defendant and undersigned counsel. As a result, the undersigned cannot proceed in this case.

4. Currently, the following deadlines have been set by the Court in this matter as set forth in the **ORDER GRANTING TRUSTEE'S FED. R. CIV. 26 REPORT AND MOTION FOR ENTRY OF PRETRIAL ORDER** (a copy of which is attached hereto) entered by the Court on December 12, 2014:

Duty to Supplement-Sanctions. All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e). Failure to timely disclose, or to provide incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

Amended Pleadings. Motions to amend or supplement pleadings or to join additional parties shall be field on or before **April 15, 2015**.

Expert Witnesses. The parties shall disclose expert testimony pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a)(2) on or before **October 7, 2015**, and rebuttal experts shall be designated on or before **November 7, 2015**.

Discovery. All fact discovery shall be completed no later than **September 7, 2015.** All expert discovery, including all depositions of expert witnesses, shall be completed no later than **December 9, 2015**.

Document Review. Any adversary defendant may contact the Trustee to schedule a time after **January 16, 2015**, to review the Trustee's Document Production, subject to the Court's Protective Order regarding the redaction and protection of personal identification information contained therein.

Dispositive Motions. Dispositive motions, if any, must be filed by **March 14, 2016**.

Pretrial Conference. The Court will schedule a pretrial conference in each adversary proceeding as deed necessary by separate orders. On or before, **April 30, 2016**, the Trustee shall file a status report with the Court setting forth all adversaries for which a trial scheduling conference is requested.

Trial. The Court shall set trial dates as it calendar allows and as necessary by separates orders.

**WHEREFORE**, undersigned counsel respectfully requests this Court to allow him to withdraw from representation of Defendant Michael Sarris in this matter.

Dated: January 30, 2015     By:     /s/ Dudley W. Morton
                                    Dudley W. Morton, Esq. Reg. #33265
                                    Dill Dill Carr Stonbraker & Hutchings, P.C.
                                    455 Sherman Street, Suite 300
                                    Denver, Colorado 80203
                                    Phone: 303-777-3737
                                    Facsimile: 303-777-3823
                                    Email: dmorton@dillanddill.com