# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN ) | |
| ) | |
| Debtor ) | |
| ——————————————— ) | Case Number 13-21412-MER |
| HARVEY SENDER, Chapter 7 Trustee ) | Chapter 7 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adversary Proc. No.: 14-01284 |
| ) | |
| MOVERS CONNECTION, INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE AND SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
_____

Upon Motion by Defendant Michael Sarris' Counsel to withdraw from representation in the instant case, and notification to Mr. Sarris, and the court being apprised of the premises therein:

IT IS HEREBY ORDERED that Defendant Michael Sarris' Counsel, Dudley W. Morton, Esq., may withdraw from representation of Mr. Sarris in the above captioned case.

DATED:_____.

BY THE COURT:

_____

U.S. BANKRUPTCY JUDGE