## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 13-21412-MER |
| | ) | |
| LEONID SHIFRIN | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | Adversary No. 14-01284-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION, INC., FATHER AND SONS MOVERS, INC., KRIS MARTINEZ, MICHAEL SARRIS MICHAEL DUPREE, AND SOFIA SHIFRIN | ) ) ) ) | |
| Defendants. | | |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO L.B.R. 9013-1

### OBJECTION DEADLINE:  FEBRUARY 13, 2015

**YOU ARE HEREBY NOTIFIED** that that Dudley W. Morton, your attorney in the above captioned matter, has filed a Motion to Withdraw as Counsel with the bankruptcy court and requests the following relief: that he is permitted to withdraw as counsel of record in this case.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Your continued responsibilities are as follows:

1. That the Court retains jurisdiction over you and this case.

2. That your last known address is Post Office 22292, Denver, Colorado 80222.

3. That you have the burden of keeping the Court informed of the mailing address where notices, pleadings or other papers may be served.

4. That you have the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial.

5. That you are responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R.

6. That if another attorney is not hired, you have the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to file a timely response, and to respond to any court orders requiring you to respond.

7. If you fail or refuse to meet these burdens, you may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the bankruptcy case in some circumstances.

8. Currently, the following deadlines have been set by the Court in this matter as set forth in the **ORDER GRANTING TRUSTEE'S FED. R. CIV. 26 REPORT AND MOTION FOR ENTRY OF PRETRIAL ORDER** (a copy of which is attached hereto) entered by the Court on December 12, 2014:

   Duty to Supplement-Sanctions.  All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e). Failure to timely disclose, or to provide incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

   Amended Pleadings.  Motions to amend or supplement pleadings or to join additional parties shall be field on or before **April 15, 2015**.

   Expert Witnesses.  The parties shall disclose expert testimony pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a)(2) on or before **October 7, 2015**, and rebuttal experts shall be designated on or before **November 7, 2015**.

   Discovery.  All fact discovery shall be completed no later than **September 7, 2015.** All expert discovery, including all depositions of expert witnesses, shall be completed no later than **December 9, 2015**.

      Document Review.  Any adversary defendant may contact the Trustee to schedule a time after **January 16, 2015**, to review the Trustee's Document Production, subject to the Court's Protective Order regarding the redaction and protection of personal identification information contained therein.

      Dispositive Motions.   Dispositive motions, if any, must be filed by **March 14, 2016**.

      Pretrial Conference.   The Court will schedule a pretrial conference in each adversary proceeding as deed necessary by separate orders.  On or before, **April 30, 2016**, the Trustee shall file a status report with the Court setting forth all adversaries for which a trial scheduling conference is requested.

      Trial.  The Court shall set trial dates as it calendar allows and as necessary by separates orders.

9. That service of process may be made upon you at the address in the court's database.

10. That you, or other parties in interest, have the right to object to the proposed withdrawal of counsel by filing with the court an objection to the attorney's motion to withdraw within fourteen (14) days after mailing of the notice**.**

Dated:  January 30, 2015      By:    /s/ Dudley W. Morton
                                                 Dudley W. Morton, Esq. Reg. #33265
                                                 Dill Dill Carr Stonbraker & Hutchings, P.C.
                                                 455 Sherman Street, Suite 300
                                                 Denver, Colorado 80203
                                                 Phone: 303-777-3737
                                                 Facsimile: 303-777-3823
                                                 Email: dmorton@dillanddill.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 30, 2015, I served by prepaid first class mail a copy of the following documents:

1. **MOTION TO WITHDRAW AS COUNSEL PURSUANT TO L.B.R. 9013-1**
2. **NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO L.B.R. 9013-1**
3. **PROPOSED ORDER**

on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R.'s at the following addresses:

Kirstin D. Kanski
Lindquist & Vennum LLP
4200 IDS Center, 80 S 8th Street
Minneapolis, MN  55402
Attorneys for Plaintiff

Michael Sarris
Post Office Box 22292
Denver, Colorado 80222

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

*/s/ Terrie James*