## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| LEONID SHIFRIN | ) |
| | ) |
| Debtor | ) |
| ──────────────────────────── | ) |
| | ) Case Number 13-21412-MER |
| HARVEY SENDER, Chapter 7 Trustee | ) Chapter 7 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Adversary Proc. No.: 14-01284 |
| | ) |
| MOVERS CONNECTION, INC., FATHER AND | ) |
| SONS MOVERS, INC., KRIS MARTINEZ, | ) |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL | ) |
| DUPREE AND SOFIA SHIFRIN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

_____

## MOVANT'S CERTIFICAT OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER
_____

On January 30, 2015, Dudley W. Morton ("Movant"), filed a motion or application pursuant to L.B.R. 9013-1 entitled Motion to Withdraw as Counsel Pursuant to L.B.R. 9013-1 (the "Motion").  Movant hereby certifies that the following is true and correct:

1.      Service of the Application, notice and a proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.1, previously filed with the Motion on January 30, 2015.

2.      The docket numbers for each of the following relevant documents are:
   a.   the Motion and all documents attached thereto and served therewith (Docket No. 54)
   b.   the Notice (Docket No. 55)
   c.   the Certificate of Service of the Application and Notice (Docket No. 55); and
   d.   the proposed order (Docket No. 54).

      3.      No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the Notice.

      WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted at Docket No. 54, granting the requested relief.

      Respectfully submitted this 19th day of February, 2015

              MORTON PARTNERS, LLC

              By:  /s/ Dudley W. Morton
                      Dudley W. Morton #33265
                      Post Office Box 101103
                      Denver, Colorado 80250