# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN ) | |
| ) | |
| Debtor ) | |
| ) | |
| ───────────────────────── ) | Case Number 13-21412-MER |
| HARVEY SENDER, Chapter 7 Trustee ) | Chapter 7 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adversary Proc. No.: 14-01284 |
| ) | |
| MOVERS CONNECTION, INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE AND SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon Motion by Defendant Michael Sarris' Counsel to withdraw from representation in the instant case, and notification to Mr. Sarris, and the court being apprised of the premises therein:

IT IS HEREBY ORDERED that Defendant Michael Sarris' Counsel, Dudley W. Morton, Esq., may withdraw from representation of Mr. Sarris in the above captioned case.

DATED:    March 9 2015                        .

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE