United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
        Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
        Defendant

# CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: kowacha              Page 1 of 1           Date Rcvd: Mar 10, 2015
                             Form ID: pdf904            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2015.
```
aty           +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
              +Dudley W. Morton,    P.O. Box 101103,    Denver, CO 80250-1103
dft           +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft           +Michael Sarris,    6395 E. Minnesota Dr.,    Denver, CO 80224-1980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2015 at the address(es) listed below:
```
              Harvey  Sender (Int)    Sendertrustee@sendwass.com
              John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               stoms@lindquist.com;sroberts@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               kkanski@lindquist.com,    cfunk@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,    stoms@lindquist.com;sroberts@lindquist.com
              Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
                                                                                                TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN ) | |
| ) | |
| Debtor ) | |
| _____ ) | Case Number 13-21412-MER |
| ) | Chapter 7 |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adversary Proc. No.: 14-01284 |
| ) | |
| MOVERS CONNECTION, INC., FATHER AND ) | |
| SONS MOVERS, INC., KRIS MARTINEZ, ) | |
| MICHAEL SARRIS, ERIC SHELDON, MICHAEL ) | |
| DUPREE AND SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
_____

Upon Motion by Defendant Michael Sarris' Counsel to withdraw from representation in the instant case, and notification to Mr. Sarris, and the court being apprised of the premises therein:

IT IS HEREBY ORDERED that Defendant Michael Sarris' Counsel, Dudley W. Morton, Esq., may withdraw from representation of Mr. Sarris in the above captioned case.

DATED:     March 9 2015                              .

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE