FRI-74604 1082-1 pdf904 14-01284
BAE Systems
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, VA 20171-3514

US BK Court
721 19th St
Denver Co 80202

022828 22828 1 AT 0.413 80224 8 5 7868-1-22828

Michael Sarris
6395 E. Minnesota Dr.
Denver, CO 80224-1980
~~(crossed out)~~

Hello,

My mailing address is:

Michael Sarris
P.O. Box 22292
Denver, Co 80222

Signed _____ 10/21/15

FILED
KENNETH S. GARDNER
CLERK
2015 OCT 28 AM 11:08
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

022828    74604022850048