IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN<br><br>    Debtor. | Case No. 12-22722 MER<br><br>Chapter 7 |
| HARVEY SENDER, Chapter 7 Trustee<br><br>    Plaintiff<br>v.<br><br>MOVERS CONNECTION, INC., et al.,<br><br>    Defendants | Adversary No. 14-1284 MER |

**ORDER**

THIS MATTER comes before the Court on the Motion to Withdraw as Counsel filed by Vladimir Shifrin as counsel for Movers Connection, Inc. The Court finds good cause exists to grant the requested relief. Accordingly,

THE COURT GRANTS the Motion to Withdraw as Counsel.

DATED February 2, 2016                    BY THE COURT:

                                        Michael E. Romero, Chief Judge
                                        United States Bankruptcy Court