United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: kowacha              Page 1 of 1                 Date Rcvd: Feb 02, 2016
                              Form ID: pdf904            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2016.
```
aty            +Vladimir Shifrin,   420 Kendall Court, #. 426,   Castle Pines, CO 80108-9294
dft            +Michael Dupree,   3751 Revere St.,   Denver, CO 80239-3431
dft            +Michael Sarris,   PO box 22292,   Denver, CO 80222-0292
               +Movers Connection Inc.,   11692 E. Baltic Place,   Aurora, CO 80014-4940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2016 at the address(es) listed below:
```
              Harvey   Sender (Int)    Sendertrustee@sendwass.com
              John C. Smiley    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               jgroskopf@lindquist.com;sroberts@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               kkanski@lindquist.com,    cfunk@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,    stoms@lindquist.com;sroberts@lindquist.com
              Stephanie   Kanan    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
The Honorable Michael E. Romero

| | |
|---|---|
| In re: | Case No. 12-22722 MER |
| LEONID SHIFRIN | |
|    Debtor. | Chapter 7 |
| HARVEY SENDER, Chapter 7 Trustee | Adversary No. 14-1284 MER |
|    Plaintiff | |
| v. | |
| MOVERS CONNECTION, INC., et al., | |
|    Defendants | |

**ORDER**

    THIS MATTER comes before the Court on the Motion to Withdraw as Counsel filed by Vladimir Shifrin as counsel for Movers Connection, Inc. The Court finds good cause exists to grant the requested relief. Accordingly,

    THE COURT GRANTS the Motion to Withdraw as Counsel.

DATED February 2, 2016        BY THE COURT:

                                                Michael E. Romero, Chief Judge
                                                United States Bankruptcy Court