# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | |
| ) | Case No. 12-22722-MER |
| Debtor. ) | |
| _____ ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee, ) | |
| ) | Adv. No. 14-01283-MER |
| ) | Adv. No. 14-01284-MER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| QILLY SHIFRIN, MARK SHIFRIN, SOFIA ) | |
| SHIFRIN, GLASGOW INC., GLASGOW ) | |
| SALES INC., USWSL GROUP, INC., USXLP ) | |
| INC., 67th AVENUE INC., 67th INC., ) | |
| FATHER AND SONS MOVING, 67th AVENUE ) | |
| MOVERS INC., 67th AVENUE LOGISTICS ) | |
| INC., ) | |
| ) | |
| Defendants; ) | |
| _____ ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC., FATHER ) | |
| AND SONS MOVERS, INC.; KRIS ) | |
| MARTINEZ; MICHAEL SARRIS; ERIC ) | |
| SHELDON; MICHAEL DUPREE; AND SOFIA ) | |
| SHIFRIN; ) | |
| ) | |
| Defendants. ) | |

_____

### AMENDED CERTIFICATE OF SERVICE
_____

DOCS-#5135693-v1

The undersigned hereby certifies that on March 10, 2016, a true and correct copy of the foregoing **TRUSTEE'S NOTICE OF DISCOVERY ISSUES** was served electronically via CM/ECF and U.S. Mail, first class postage prepaid, addressed to the following parties:

Vladimir Shifrin
420 Kendall Court, #. 426
Castle Pines, CO 80108

                                                              */s/ Carmel Laney*