## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| March 18, 2016 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|
| In re:<br><br>LEONID SHIFRIN<br><br>Debtor | Case No. 12-22722 MER<br><br>Chapter 7 |

| HARVEY SENDER, Chapter 7 Trustee,<br><br>Plaintiff<br><br>v.<br><br>MOVERS CONNECTION INC., et al.<br>Defendants | Adversary Proceeding No. 14-01284 MER |
|---|---|

Appearances:

| Plaintiff | | Counsel | Kirstin Kanski |
|---|---|---|---|
| Defendant | | Counsel | Vladimir Shifrin |

Proceedings:

Hearing regarding Discovery Dispute

Orders:

As set forth on the record, the Court will enter a separate order granting Plaintiff's requests for relief regarding the prohibition of Defendants from imposing facts not disclosed and deeming certain requests for admission as admitted. Counsel for Plaintiff shall submit a form proposed order to Chambers as soon as possible.

BY THE COURT:

By: _____
Deputy Clerk