# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>    Debtor.<br>_____<br><br>HARVEY SENDER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>MOVERS CONNECTION INC., FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON; MICHAEL DUPREE; AND SOFIA SHIFRIN;<br><br>    Defendants. | Case No. 12-22722-MER<br><br><br><br><br>Adv. No. 14-01284-MER |

## ORDER ON DISCOVERY DISPUTE

    THIS MATTER is before the Court on the discovery dispute between the Trustee and Defendant Sofia Shifrin ("Defendant"). A hearing on the discovery dispute was held on March 18, 2016. This Court entered a Scheduling Order dated December 12, 2014 in Complex Case No. 14-9991-MER, (Doc. No. 23), as amended on September 2, 2014 (Doc. No. 32). The deadline for fact discovery to be completed in this case was March 7, 2016. Prior to the hearing on this discovery dispute, the Court had an opportunity to review the Trustee's First Set of Interrogatories, Requests for Admissions, and Requests for Documents (the "Discovery Requests"), Defendant's written responses to those requests dated February 28, 2016, and the supplemental responses of Sofia Shifrin dated March 11, 2016.

    Based on Defendant's failure to serve any initial disclosures in this litigation as required by Rule 26 and this Court's Scheduling Order and the Defendants' responses to the Trustee's Discovery Requests, and for the reasons stated on the record, pursuant to Fed. R. Civ. Procedure 37(c)(1) and 37(b)(2)(A), IT IS HEREBY ORDERED:

    1.    For the remainder of this litigation, including all dispositive motion practice and trial, Defendant shall not offer, cite to or rely upon any facts, affidavits, testimony, or documents that were requested by or responsive to the Trustee's First Set of Interrogatories, Requests for

Admissions and Requests for Documents to the extent any such facts, testimony and documents were responsive to the Discovery Requests and were not identified, disclosed or produced. This Order equally precludes citation to prior affidavits filed with the Court by Mark Shifrin or Sofia Shifrin in other litigation matters, to the extent the affidavit testimony is responsive to the Discovery Requests and was not disclosed, identified or produced by Defendants in this litigation or in response to the Discovery Requests.

2. The Trustee's Requests for Admissions Nos. 1, 2, 6, 7, and 8 are deemed admitted by Sofia Shifrin.

Dated this 22nd day of March, 2016.

BY THE COURT:

_____
Honorable Michael E. Romero
United States Bankruptcy Court Judge