United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
         Plaintiff                                    Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
         Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: kowacha        Page 1 of 1        Date Rcvd: Mar 21, 2016
                           Form ID: pdf904       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2016.
aty         +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
dft         +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft         +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft         +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2016 at the address(es) listed below:
          Harvey  Sender (Int)    Sendertrustee@sendwass.com
          John C. Smiley    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
          jgroskopf@lindquist.com;sroberts@lindquist.com
          Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
          kkanski@lindquist.com,  cfunk@lindquist.com
          Michael T Gilbert    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
          mgilbert@lindquist.com,  stoms@lindquist.com;sroberts@lindquist.com
          Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
          bblessing@lindquist.com
                                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**<u>Minutes of Proceeding</u>**

| March 18, 2016 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|

| In re:<br><br>LEONID SHIFRIN<br><br>Debtor | Case No. 12-22722 MER<br><br>Chapter 7 |
|---|---|

| HARVEY SENDER, Chapter 7 Trustee,<br><br>    Plaintiff<br><br>v.<br><br>MOVERS CONNECTION INC., et al.<br>    Defendants | Adversary Proceeding No. 14-01284 MER |
|---|---|

Appearances:

| Plaintiff | | Counsel | Kirstin Kanski |
|---|---|---|---|
| Defendant | | Counsel | Vladimir Shifrin |

Proceedings:

Hearing regarding Discovery Dispute

Orders:

As set forth on the record, the Court will enter a separate order granting Plaintiff's requests for relief regarding the prohibition of Defendants from imposing facts not disclosed and deeming certain requests for admission as admitted.  Counsel for Plaintiff shall submit a form proposed order to Chambers as soon as possible.

BY THE COURT:

By:_____
        Deputy Clerk