United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1        User: kowacha        Page 1 of 1        Date Rcvd: Mar 22, 2016
                       Form ID: pdf904    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2016.
```
aty            +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft            +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft            +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2016                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2016 at the address(es) listed below:
```
              Harvey  Sender (Int)     Sendertrustee@sendwass.com
              John C. Smiley    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               jgroskopf@lindquist.com;sroberts@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               kkanski@lindquist.com,  cfunk@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,  stoms@lindquist.com;sroberts@lindquist.com
              Stephanie  Kanan    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) ) LEONID SHIFRIN, ) ) Debtor. ) _____ ) ) HARVEY SENDER, Chapter 7 Trustee, ) ) ) Plaintiff, ) ) v. ) ) MOVERS CONNECTION INC., FATHER ) AND SONS MOVERS, INC.; KRIS ) MARTINEZ; MICHAEL SARRIS; ERIC ) SHELDON; MICHAEL DUPREE; AND SOFIA ) SHIFRIN; ) ) Defendants. ) | Case No. 12-22722-MER  Adv. No. 14-01284-MER |

_____

**ORDER ON DISCOVERY DISPUTE**
_____

THIS MATTER is before the Court on the discovery dispute between the Trustee and Defendant Sofia Shifrin ("Defendant"). A hearing on the discovery dispute was held on March 18, 2016. This Court entered a Scheduling Order dated December 12, 2014 in Complex Case No. 14-9991-MER, (Doc. No. 23), as amended on September 2, 2014 (Doc. No. 32). The deadline for fact discovery to be completed in this case was March 7, 2016. Prior to the hearing on this discovery dispute, the Court had an opportunity to review the Trustee's First Set of Interrogatories, Requests for Admissions, and Requests for Documents (the "Discovery Requests"), Defendant's written responses to those requests dated February 28, 2016, and the supplemental responses of Sofia Shifrin dated March 11, 2016.

Based on Defendant's failure to serve any initial disclosures in this litigation as required by Rule 26 and this Court's Scheduling Order and the Defendants' responses to the Trustee's Discovery Requests, and for the reasons stated on the record, pursuant to Fed. R. Civ. Procedure 37(c)(1) and 37(b)(2)(A), IT IS HEREBY ORDERED:

1. For the remainder of this litigation, including all dispositive motion practice and trial, Defendant shall not offer, cite to or rely upon any facts, affidavits, testimony, or documents that were requested by or responsive to the Trustee's First Set of Interrogatories, Requests for

Admissions and Requests for Documents to the extent any such facts, testimony and documents were responsive to the Discovery Requests and were not identified, disclosed or produced. This Order equally precludes citation to prior affidavits filed with the Court by Mark Shifrin or Sofia Shifrin in other litigation matters, to the extent the affidavit testimony is responsive to the Discovery Requests and was not disclosed, identified or produced by Defendants in this litigation or in response to the Discovery Requests.

2. The Trustee's Requests for Admissions Nos. 1, 2, 6, 7, and 8 are deemed admitted by Sofia Shifrin.

Dated this 22nd day of March, 2016.

BY THE COURT:

_[signature]_

Honorable Michael E. Romero
United States Bankruptcy Court Judge