UNITED STATES BANKRUPTCY COURT
District of Colorado

---

In re: Leonid Shifrin
     Debtor(s),

Bankruptcy Case No.: 12-22722-MER
Chapter: 7

Sender, Chapter 7 Trustee

          Plaintiff,

   v.

Movers Connection Inc.

          Defendant.

Adversary No.: 14-1284-MER

---

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 5/5/2016:

JUDGMENT -IT IS ORDERED AND ADJUDGED as follows:  FINAL JUDGMENT is entered in favor of Harvey Sender, Chapter 7 Trustee,  and against Movers Connection Inc. and Father and Sons Movers, Inc. This Court  has determined and found that Movers Connection, Inc. and Father and Sons  Movers, Inc. are hereby determined to be alter egos of the Debtor Leonid Shifrin,  and the assets of Movers Connection, Inc. and Father and Sons Movers, Inc. are  determined to be assets of the Debtor Leonid Shifrin.

                                     FOR THE COURT:
                                     Kenneth S. Gardner, Clerk