UNITED STATES BANKRUPTCY COURT
District of Colorado

---

In re: Leonid Shifrin
     Debtor(s),

Bankruptcy Case No.: 12-22722-MER
Chapter: 7

Sender, Chapter 7 Trustee

                   Plaintiff,

    v.

Movers Connection Inc.

                   Defendant.

Adversary No.: 14-1284-MER

---

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 5/5/2016:

JUDGMENT-IT IS ORDERED AND ADJUDGED as follows:  FINAL JUDGMENT is entered in favor of Harvey Sender, Chapter 7 Trustee,  and against Eric Sheldon as follows: 1) The transfers identified in Exhibit 2 to the  Complaint are avoidable pursuant to 11 U.S.C. § 549; and 2) judgment is entered  against Eric Sheldon in the amount of $2,250.00.

                                        FOR THE COURT:
                                        Kenneth S. Gardner, Clerk