IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re: <br><br>LEONID SHIFRIN <br><br>    Debtor. | Case No. 12-22722 MER <br><br>Chapter 7 |
| HARVEY SENDER, Chapter 7 Trustee <br><br>    Plaintiff <br><br>v. <br><br>MOVERS CONNECTION, INC.; FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON; MICHAEL DUPREE; and SOFIA SHIFRIN, <br><br>    Defendants | Adversary No. 14-01284 MER |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Michael E. Romero, United States Bankruptcy Judge, on May 5, 2016,

    IT IS ORDERED AND ADJUDGED as follows:

FINAL JUDGMENT is entered in favor of Harvey Sender, Chapter 7 Trustee, and against Kris Martinez as follows: 1) The transfers identified in Exhibit 3 to the Complaint are avoidable pursuant to 11 U.S.C. § 549; and 2) judgment is entered against Kris Martinez in the amount of $9,764.04.

Dated: May 5, 2016

FOR THE COURT:
KENNETH S. GARDNER, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
Michael E. Romero, Judge