UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Leonid Shifrin
    Debtor(s),

Bankruptcy Case No.: 12-22722-MER
Chapter: 7

Sender, Chapter 7 Trustee

    Plaintiff,

v.

Movers Connection Inc.

    Defendant.

Adversary No.: 14-1284-MER

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 5/5/2016:

JUDGMENT-IT IS ORDERED AND ADJUDGED as follows: FINAL JUDGMENT is entered in favor of Harvey Sender, Chapter 7 Trustee, and against Kris Martinez as follows: 1) The transfers identified in Exhibit 3 to the Complaint are avoidable pursuant to 11 U.S.C. § 549; and 2) judgment is entered against Kris Martinez in the amount of $9,764.04.

FOR THE COURT:
Kenneth S. Gardner, Clerk