United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: kowacha              Page 1 of 1         Date Rcvd: May 05, 2016
                              Form ID: pdf904            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2016.
```
aty            +Vladimir Shifrin,    420 Kendall Court, # 426,    Castle Pines, CO 80108-9294
dft            +Eric Sheldon,    9394 E. Atlantic Pl.,    Denver, CO 80231-5739
dft            +Father and Sons Movers, Inc.,    17011 Lincoln Ave.,    Parker, CO 80134-3144
dft            +Kris Martinez,    17075 Carlson Dr.,    Apt. 1124,    Parker, CO 80134-6877
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft            +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft            +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
17174421       +Dudley Morton, Esq.,    Dill Dill Carr Stonbraker et al,    455 Sherman St. #300,
                 Denver, CO 80203-4404
17174425       +Fathers & Sons Movers, Inc.,    Reg. Agent The Company Corporation,
                 2711 Centerville Rd. Ste. 400,    Wilmington, DE 19808-1645
17174424       +Kris Martinez,    16916 Molina Pl.,    Parker, CO 80134-9126
17174405       +Michael Dupree,    8940 Lilly St.,    Thornton, CO 80229-7926
17174426       +Michael Sarris,    6395 E. Minnesota Dr.,    Denver, CO 80224-1980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2016 at the address(es) listed below:
```
              Harvey   Sender (Int)    Sendertrustee@sendwass.com
              John C. Smiley     on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               jgroskopf@lindquist.com
              John S. Cutler     on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jcutler@lindquist.com,
               bblessing@lindquist.com;crabadi@lindquist.com
              Kirstin Dawn Kanski     on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               kkanski@lindquist.com,  cfunk@lindquist.com
              Michael T Gilbert     on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,  stoms@lindquist.com
              Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>    Debtor. | Case No. 12-22722 MER<br><br>Chapter 7 |
| HARVEY SENDER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>MOVERS CONNECTION, INC.; FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON; MICHAEL DUPREE; and SOFIA SHIFRIN,<br><br>    Defendants | Adversary No. 14-1284 MER |

**ORDER**

THIS MATTER comes before the Court on the Trustee's Motion to Strike Answer of Movers Connection, Inc., and for Entry of Default and Default Judgment Against Movers Connection, Inc., Father and Sons Movers, Inc., Kris Martinez, and Eric Sheldon (the "Motion"). The Court has reviewed the Motion, the accompanying affidavit and exhibits, and the file, and finds the Motion should be granted.

Defendants Movers Connection Inc. and Father and Sons Movers, Inc. are in default for failure to retain counsel. Although Movers Connection, Inc. was originally represented by counsel, that counsel has withdrawn and no substitute counsel has entered an appearance. Local Bankruptcy Rule 9010-4(b)(11) provides:

> [W]here the withdrawing attorney's client is a corporation, partnership, or other legal entity, that such entity cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity including dismissal or conversion of its case if it is a debtor.

Accordingly, the Court finds it appropriate to strike the answer filed on behalf of Movers Connection, Inc., and enter default against it.

Defendants Father and Sons, Inc., Kris Martinez, and Eric Sheldon filed no answers or other responses to the Trustee's Complaint. Thus, they are also in

default under FED. R. CIV. P. 55(a), made applicable to this proceeding under FED. R. BANKR. P. 7055.

With respect to the Motion's request for default judgment, the Court finds the affidavits and exhibits presented in with the Motion support the entry of default judgment against the Defendants named in the Motion.

For these reasons,

IT IS ORDERED the Answer filed by Movers Connection, Inc. is hereby stricken, and the default shall be entered against Movers Connection, Inc.

IT IS FURTHER ORDERED default shall be entered against Father and Sons Movers, Inc., Kris Martinez, and Eric Sheldon.

IT IS FURTHER ORDERED default judgment shall be entered against Movers Connection Inc. and Father and Sons Movers, Inc., on the Trustee's claims against them, with the result that Movers Connection, Inc. and Father and Sons Movers, Inc. are hereby determined to be alter egos of the Debtor Leonid Shifrin, and the assets of Movers Connection, Inc. and Father and Sons Movers, Inc. are determined to be assets of the Debtor Leonid Shifrin.

IT IS FURTHER ORDERED Movers Connection, Inc. and Father and Sons Movers, Inc. shall provide full accountings to the Trustee of all property, assets, books and records in their possession, custody, and control, and turn over to the Trustee all their property, assets, books and records, pursuant to 11 U.S.C. § 542.

IT IS FURTHER ORDERED default judgment shall enter against Eric Sheldon, with the result the transfers identified in Exhibit 2 to the Complaint are avoidable pursuant to 11 U.S.C. § 549. Further, pursuant to 11 U.S.C. § 550, judgment is entered against Eric Sheldon and in favor of the Trustee in the amount of $2,250.00.

IT IS FURTHER ORDERED default judgment shall enter against Kris Martinez, with the result the transfers identified in Exhibit 3 to the Complaint are avoidable pursuant to 11 U.S.C. § 549. Further, pursuant to 11 U.S.C. § 550, judgment is entered against Kris Martinez and in favor of the Trustee in the amount of $9,764.04.

DATED May 5, 2016                                    BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court