United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
        Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: kowacha            Page 1 of 1           Date Rcvd: May 05, 2016
                              Form ID: pdf904          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2016.
```
aty            +Vladimir Shifrin,    420 Kendall Court, # 426,    Castle Pines, CO 80108-9294
dft            +Eric Sheldon,    9394 E. Atlantic Pl.,    Denver, CO 80231-5739
dft            +Father and Sons Movers, Inc.,    17011 Lincoln Ave.,    Parker, CO 80134-3144
dft            +Kris Martinez,    17075 Carlson Dr.,    Apt. 1124,    Parker, CO 80134-6877
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft            +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft            +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
17174421       +Dudley Morton, Esq.,    Dill Dill Carr Stonbraker et al,    455 Sherman St. #300,
                 Denver, CO 80203-4404
17174425       +Fathers & Sons Movers, Inc.,    Reg. Agent The Company Corporation,
                 2711 Centerville Rd. Ste. 400,    Wilmington, DE 19808-1645
17174424       +Kris Martinez,    16916 Molina Pl.,    Parker, CO 80134-9126
17174405       +Michael Dupree,    8940 Lilly St.,    Thornton, CO 80229-7926
17174426       +Michael Sarris,    6395 E. Minnesota Dr.,    Denver, CO 80224-1980
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2016 at the address(es) listed below:
```
          Harvey   Sender (Int)    Sendertrustee@sendwass.com
          John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
           jgroskopf@lindquist.com
          John S. Cutler    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jcutler@lindquist.com,
           bblessing@lindquist.com;crabadi@lindquist.com
          Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
           kkanski@lindquist.com,   cfunk@lindquist.com
          Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
           mgilbert@lindquist.com,   stoms@lindquist.com
          Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
           bblessing@lindquist.com
```
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
District of Colorado

---

In re: Leonid Shifrin
    Debtor(s),

Bankruptcy Case No.: 12-22722-MER
Chapter: 7

Sender, Chapter 7 Trustee

    Plaintiff,

v.

Movers Connection Inc.

    Defendant.

Adversary No.: 14-1284-MER

---

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 5/5/2016:

JUDGMENT -IT IS ORDERED AND ADJUDGED as follows:FINAL JUDGMENT is entered in favor of Harvey Sender, Chapter 7 Trustee,and against Movers Connection Inc. and Father and Sons Movers, Inc. This Courthas determined and found that Movers Connection, Inc. and Father and SonsMovers, Inc. are hereby determined to be alter egos of the Debtor Leonid Shifrin,and the assets of Movers Connection, Inc. and Father and Sons Movers, Inc. aredetermined to be assets of the Debtor Leonid Shifrin.

                                              FOR THE COURT:
                                              Kenneth S. Gardner, Clerk