United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Movers Connection Inc.,
    Defendant

Adv. Proc. No. 14-01284-MER

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: kowacha     Page 1 of 1     Date Rcvd: May 05, 2016
                   Form ID: pdf904    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2016.
```
aty            +Vladimir Shifrin,    420 Kendall Court, # 426,    Castle Pines, CO 80108-9294
dft            +Eric Sheldon,    9394 E. Atlantic Pl.,    Denver, CO 80231-5739
dft            +Kris Martinez,    17075 Carlson Dr.,    Apt. 1124,    Parker, CO 80134-6877
dft            +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft            +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft            +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
17174421       +Dudley Morton, Esq.,    Dill Dill Carr Stonbraker et al,    455 Sherman St. #300,
                 Denver, CO 80203-4404
17174425       +Fathers & Sons Movers, Inc.,    Reg. Agent The Company Corporation,
                 2711 Centerville Rd. Ste. 400,    Wilmington, DE 19808-1645
17174424       +Kris Martinez,    16916 Molina Pl.,    Parker, CO 80134-9126
17174405       +Michael Dupree,    8940 Lilly St.,    Thornton, CO 80229-7926
17174426       +Michael Sarris,    6395 E. Minnesota Dr.,    Denver, CO 80224-1980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
```
                                                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2016 at the address(es) listed below:
```
              Harvey   Sender (Int)    Sendertrustee@sendwass.com
              John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               jgroskopf@lindquist.com
              John S. Cutler    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jcutler@lindquist.com,
               bblessing@lindquist.com;crabadi@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               kkanski@lindquist.com, cfunk@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,  stoms@lindquist.com
              Stephanie  Kanan    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
```
                                                                                                                                                                                               TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>LEONID SHIFRIN<br><br>    Debtor. | Case No. 12-22722 MER<br><br>Chapter 7 |
| HARVEY SENDER, Chapter 7 Trustee<br><br>    Plaintiff<br><br>v.<br><br>MOVERS CONNECTION, INC.; FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON; MICHAEL DUPREE; and SOFIA SHIFRIN,<br><br>    Defendants | Adversary No. 14-01284 MER |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Michael E. Romero, United States Bankruptcy Judge, on May 5, 2016,

IT IS ORDERED AND ADJUDGED as follows:

FINAL JUDGMENT is entered in favor of Harvey Sender, Chapter 7 Trustee, and against Kris Martinez as follows:  1)  The transfers identified in Exhibit 3 to the Complaint are avoidable pursuant to 11 U.S.C. § 549; and 2) judgment is entered against Kris Martinez in the amount of $9,764.04.

Dated: May 5, 2016

FOR THE COURT:
KENNETH S. GARDNER, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
Michael E. Romero, Judge