# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | Case No. 12-22722 MER |
| ) | |
| Debtor ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | Adv. Proc. No. 14-1284-MER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC.; ) | |
| FATHER AND SONS MOVERS, INC.; ) | |
| KRIS MARTINEZ; MICHAEL SARRIS; ) | |
| ERIC SHELDON; MICHAEL DUPREE; ) | |
| and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS PARTY
## (MICHAEL DUPREE)

Plaintiff Harvey Sender, as Chapter 7 Trustee (the "Trustee"), for his Motion to Dismiss Party (Michael Dupree) (this "Motion"), states:

1. On June 13, 2014, the Trustee filed his complaint against the defendant Michael Dupree ("Defendant") seeking to avoid and recover certain transfers under 11 U.S.C. §§ 544, 548, 550, and CUFTA, and to disallow any and all claims that the Defendant may have in the Debtor's Bankruptcy Case under 11 U.S.C. § 502 (the "Complaint"). *See* Dkt. #1.

2. The Defendant filed his Answer to the Complaint on July 14, 2014. *See* Dkt. #12.

3. Through this Motion, the Trustee requests dismissal of Michael Dupree as a party to this adversary proceeding without prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: June 8, 2016

**LINDQUIST & VENNUM LLP**

By: /s/ *Stephanie A. Kanan*
   John C. Smiley, #16210
   Kirstin D. Kanski, #0346676 (MN)
   Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, Colorado 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: kkanski@lindquist.com
E-mail: skanan@lindquist.com

*Counsel for Harvey Sender, as Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2016, true and correct copies of the foregoing **MOTION TO DISMISS PARTY (MICHAEL DUPREE)** were served via US Mail, first class postage prepaid, addressed to the following parties:

Vladimir Shifrin, Esq.
420 Kendall Ct, #426
Castle Pines, CO 80108

Michael Dupree
8940 Lilly Street
Thornton, CO 80229

Michael Dupree
3751 Revere St.
Denver, CO 80239

Father and Sons Movers, Inc.
17011 Lincoln Ave.
Parker, CO 80134

Movers Connection Inc.
3751 Revere Street
Denver, CO 80239

Father and Sons Movers, Inc.
Registered Agent The Company Corporation
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

Kris Martinez
17075 Carlson Dr., Apt. 1124
Parker, CO 80134

Kris Martinez
16916 Molina Pl.
Parker CO 80134

Eric Sheldon
9394 E. Atlantic Place
Denver, CO 80231

Michael Sarris
6395 E. Minnesota Drive
Denver, CO 80224

Dudley Morton, Esq.
Dill Dill Carr Stonbraker Hutchings
455 Sherman St., #300
Denver, CO 80203

*/s/ Brandon Blessing*

DOCS-#5215814-v1