# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | Case No. 12-22722 MER |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | Adv. Proc. No. 14-1284-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC.; | ) | |
| FATHER AND SONS MOVERS, INC.; | ) | |
| KRIS MARTINEZ; MICHAEL SARRIS; | ) | |
| ERIC SHELDON; MICHAEL DUPREE; | ) | |
| and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING
## MOTION TO DISMISS PARTY
## (MICHAEL DUPREE)

THIS MATTER is before the Court on the Motion to Dismiss Party (Michael Dupree) (the "Motion"), filed by plaintiff Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that defendant Michael Dupree is dismissed without prejudice as a party to this adversary proceeding, with the parties to bear their own costs and attorneys' fees.

Dated this __ of June, 2016.

BY THE COURT:

_____
Honorable United States Bankruptcy Judge

DOCS-#5215842-v1