United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: kowacha     Page 1 of 1     Date Rcvd: Jun 30, 2016
                   Form ID: pdf904     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2016.
```
aty            +Vladimir Shifrin,    420 Kendall Court, # 426,    Castle Pines, CO 80108-9294
dft            +Eric Sheldon,    9394 E. Atlantic Pl.,    Denver, CO 80231-5739
dft            +Father and Sons Movers, Inc.,    17011 Lincoln Ave.,    Parker, CO 80134-3144
dft            +Kris Martinez,    17075 Carlson Dr.,    Apt. 1124,    Parker, CO 80134-6877
               +Michael Dupree,    3751 Revere St.,    Denver, CO 80239-3431
dft            +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft            +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
```
                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2016 at the address(es) listed below:
```
              Harvey  Sender (Int)   Sendertrustee@sendwass.com
              John C. Smiley   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               jgroskopf@lindquist.com
              John S. Cutler   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jcutler@lindquist.com,
               bblessing@lindquist.com;crabadi@lindquist.com
              Kirstin Dawn Kanski   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               kkanski@lindquist.com,  cfunk@lindquist.com
              Michael T Gilbert   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,  stoms@lindquist.com
              Stephanie  Kanan   on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee skanan@lindquist.com,
               bblessing@lindquist.com
```
                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | Case No. 12-22722 MER |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | Adv. Proc. No. 14-1284-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC.; | ) | |
| FATHER AND SONS MOVERS, INC.; | ) | |
| KRIS MARTINEZ; MICHAEL SARRIS; | ) | |
| ERIC SHELDON; MICHAEL DUPREE; | ) | |
| and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING
MOTION TO DISMISS PARTY
(MICHAEL DUPREE)**

THIS MATTER is before the Court on the Motion to Dismiss Party (Michael Dupree) (the "Motion"), filed by plaintiff Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that defendant Michael Dupree is dismissed without prejudice as a party to this adversary proceeding, with the parties to bear their own costs and attorneys' fees.

Dated this 30 of June, 2016.

BY THE COURT:

Honorable United States Bankruptcy Judge

DOCS-#5215842-v1