# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | Case No. 12-22722 MER |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | Adv. Proc. No. 14-1284-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC.; | ) | |
| FATHER AND SONS MOVERS, INC.; KRIS | ) | |
| MARTINEZ; MICHAEL SARRIS; | ) | |
| ERIC SHELDON; MICHAEL DUPREE; | ) | |
| and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Harvey Sender, Chapter 7 Trustee (the "Trustee"), by and through his attorney, Mike S. Richardson of Lindquist & Vennum LLP, hereby submits this Notice of Substitution of Counsel, substituting as counsel for the Trustee:

>Mike S. Richardson, #49014
>Lindquist & Vennum LLP
>600 17th Street, Suite 1800S
>Denver, CO 80202
>Telephone: (303) 454-0522
>Fax: (303) 573-1956
>Email: mrichardson@lindquist.com

Stephanie A. Kanan, #42437, formerly of Lindquist & Vennum LLP, hereby withdraws as counsel for the Trustee. Mike S. Richardson, #49014, of Lindquist & Vennum LLP hereby enters his appearance as counsel for the Trustee.

Dated this 23rd day of December, 2016.

/s/ Stephanie A. Kanan
Stephanie A. Kanan, #42437

**LINDQUIST & VENNUM LLP**

By: */s/ Mike S. Richardson*
    Mike S. Richardson, #49014
Lindquist & Vennum LLP
600 17th Street, Suite 1800S
Denver, CO 80202
Telephone: (303) 454-0522
Fax: (303) 573-1956
Email: mrichardson@lindquist.com

*Counsel for Harvey Sender,*
*Chapter 7 Trustee*

2

DOCS-#5645448-v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 23, 2016, a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was served on all parties having entered and appeared in this case via ECF electronic filing.

                                                  */s/ Brandon Blessing*
                                                   Brandon Blessing

DOCS-#5645448-v1