# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

LEONID SHIFRIN

    Debtor,

HARVEY SENDER, as Chapter 7 Trustee

    Plaintiff.

v.

MOVERS CONNECTION, INC., FATHER AND SONS MOVERS, INC., KRIS MARTINEZ, MICHAEL SARRIS, ERIC SHELDON, MICHAEL DUPREE, AND SOFIA SHIFRIN

Case No, 12-22722 MER

Chapter 7

Adv. Pro. No. 14-1284 MER

## COUNSEL CHANGE OF ADDRESS

Vladimir Shifrin, counsel for Mark Shifrin and Sofia Shifrin hereby notifies all parties of changed mailing address.

As of December 30, 2016 new mailing address is:

10570 Parkington Lane, 32D
Highlands Ranch, CO, 80126

I hereby certify that on January 15th 2016, a true and correct copy of the foregoing was served via U.S. Mail on the following:

Kirstin D. Kanski
Counsel for Trustee
600 17th Street, Suite 1800 South
Denver, Colorado 80202

Respectfully submitted on December 30, 2016,

Vladimir Shifrin, #35208