## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | Case No. 12-22722 MER |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | Adv. Proc. No. 14-01284-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC.; | ) | |
| FATHER AND SONS MOVERS, INC.; KRIS | ) | |
| MARTINEZ; MICHAEL SARRIS; | ) | |
| ERIC SHELDON; MICHAEL DUPREE; | ) | |
| and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR STATUS CONFERENCE

Harvey Sender, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Leonid Shifrin (the "Debtor"), Case No. 12-22722 MER, by and through undersigned counsel, hereby moves the Court to set the following matters for a Status Conference, each matter is annotated along with the trailing U.S. District Court case numbers in each case where the defendants moved to withdraw the reference by the United States District Court:

1.  ***Sender v. Glasgow, Inc.*, Bank. Ct. No. 13-01117** (default judgment entered on 9/10/13, vacated by the Court on 3/10/17, no separate order has issued, the Trustee will be moving to dismiss this matter and/or consolidate this matter with Bankr. Ct. No. 14-01293 as the claims are wholly duplicative).

2. ***Sender v. Movers Connection*, Bankr. Ct. No. 14-01284;** U.S. Dist. Ct. No. 14-cv-02685 (all claims resolved except for claims against Sofia Shifrin, which Trustee will be moving to dismiss, at which point this matter will be resolved).

3. ***Sender v. Price*, Bankr. Ct. No. 14-01293;** U.S. Dist. Ct. No. 14-cv-2690 (on September 1, 2016, the Court denied the Trustee's motion for partial summary judgment, which was unopposed (Doc. No. 39)).

4. ***Sender v. Shifrin*, Bankr. Ct. No. 14-01283;** U.S. Dist. Ct. No. 14-cv-02691 (the Court granted summary judgment in part against Qilly Shifrin and denied the Trustee's motion for summary judgment against Mark and Sofia Shifrin).

5. ***Sender v. Yankovich*, Bankr. Ct. No. 14-01297;** U.S. Dist. Ct. No. 14-cv-2693 (no motion practice occurred, the Trustee anticipates moving to dismiss this matter in the interest of the estate).

6. ***Sender v. Luong*, Bankr. Ct. No. 14-01298** (on September 1, 2016, the Court denied Trustee's motion for partial summary judgment, which was unopposed (Doc. No. 34), as well as the defendant's motion to dismiss (Doc. No. 33), the Trustee anticipates moving to dismiss this matter in the interest of the estate).

In June 2014, the Trustee commenced twenty-nine (29) adversary proceedings for avoidance and recovery of transfers under 11 U.S.C. §§ 542, 544, 548, 549, and 550. All avoidance actions prosecuted by the Trustee in this matter were consolidated and jointly administered for pre-trial purposes in Bankruptcy Court File No. 14-0991-MER. On April 29, 2016, the Trustee last filed a Status Report in the consolidated matter advising the Court of the procedural status of all consolidated cases. (Doc. No. 34.) In that report, the Trustee requested that the Court set a date for trial status conferences after all dispositive motions have been determined.

7. Dispositive motions in all cases where they were filed by the Trustee were ruled on in September 2016.

DOCS-#5910550-v1

8.      At this time, the Trustee has settled and conclusively resolved twenty-four (24) of the adversary proceedings and the only adversary proceedings that have not been resolved are the above-identified six matters, including 13-01117 which was opened separately from the rest.  As indicated with respect to the remaining six matters, the Trustee anticipates moving to dismiss and/or consolidate Court File No. 13-01117 as duplicative of Court File No. 14-01293, and moving to dismiss the remaining claims in at least three other matters based on the Trustee's determination that further litigation in those four matters is not in the best interests of the estate based on the cost thereof and the likelihood of recovery on any judgment.

9.      The Court has noticed a hearing on miscellaneous motions filed by Mark and Sofia Shifrin for July 11th at 1:30 p.m. in *Sender v. Shifrin et al.*, Bankr. Ct. No. 14-01283.

10.     The Trustee believes that court-ordered mediation of all parties that remain in the pending adversary proceedings that are not dismissed by the Trustee is in the best interests of the estate given (1) the complexities and time and expense of trial on these cases, and (2) the likelihood of recovery against the remaining defendants following entry of judgments.

11.     The Trustee respectfully requests and moves the Court to set a joint status conference in the above-captioned cases to be conducted at the same date and time to discuss the following matters:

- The consolidation and/or dismissal of Bank. Ct. No. 13-01117 with Bank. Ct. No. 14-01283 for all further proceedings;

- Referral of the above matters that are not dismissed by the Trustee to a consolidated mediation with a deadline to complete formal mediation in good faith by all parties within sixty (60) days;

- Setting of a final Pre-Trial status conference following mediation efforts if mediation is not successful to resolve any open matters at the Bankruptcy

3

Court level prior to transferring the remaining matters to the United States District Court for trial.

- A deadline by all parties to raise any issues that may require resolution by the Bankruptcy Court prior to transfer of these matters to the United States District Court for trial purposes.

WHEREFORE, the Trustee respectfully requests the setting of the above-identified matters for a consolidated status conference.

Dated this 30th day of June, 2017.

LINDQUIST & VENNUM LLP

By:      /s/ *Kirstin Kanski*
    John C. Smiley, #16210
    Kirstin D. Kanski, #0346676 (MN)
    Mike S. Richardson, #49014
600 17th Street, Suite 1800 South
Denver, Colorado 80202
Telephone:  (303) 573-5900
Facsimile:  (303) 573-1956
E-Mail: jsmiley@lindquist.com
       kkanski@lindquist.com
       mrichardson@lindquist.com

*Attorneys for Harvey Sender, Chapter 7 Trustee*

4

## CERTIFICATE OF SERVICE

I certify that on June 30, 2017, a true and correct copy of the foregoing was served by placing same in the United States Mail, first-class postage prepaid, addressed to the following:

Vladimir Shifrin
10570 Parkington Lane 32D
Highlands Ranch, CO 80126

Movers Connection Inc.
11692 E Baltic Place
Aurora, CO  80014

Father and Sons Movers, Inc.
17011 Lincoln Ave.
Parker, CO  80134

Kris Martinez
17075 Carlson Dr, #1124
Parker, CO  80134

Michael Sarris
P. O. Box 22292
Denver, CO  80222

Eric Sheldon
9394 E. Atlantic Pl
Denver, CO  80231


*/s/ Brandon Blessing*

DOCS-#5910550-v1