## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| LEONID SHIFRIN, | ) Case No. 12-22722 MER |
| | ) |
| Debtor | ) Chapter 7 |
| | ) |
| | ) |
| HARVEY SENDER, Chapter 7 Trustee | ) Adv. Proc. No. 14-01284-MER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MOVERS CONNECTION INC.; | ) |
| FATHER AND SONS MOVERS, INC.; KRIS | ) |
| MARTINEZ; MICHAEL SARRIS; | ) |
| ERIC SHELDON; MICHAEL DUPREE; | ) |
| and SOFIA SHIFRIN, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING
## MOTION FOR STATUS CONFERENCE

THIS MATTER is before the Court on the Motion for Status Conference (the "Motion") filed by Harvey Sender, Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED;

IT IS FURTHER ORDERED that a telephonic status conference is set for _____, 2017, at _____ _.m.

DATED this ___ day of _____, 2017.     BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court

DOCS-#5910240-v1