# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | Case No. 12-22722 MER |
| ) | |
| Debtor ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | Adv. Proc. No. 14-01284-MER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC.; ) | |
| FATHER AND SONS MOVERS, INC.; KRIS ) | |
| MARTINEZ; MICHAEL SARRIS; ) | |
| ERIC SHELDON; MICHAEL DUPREE; ) | |
| and SOFIA SHIFRIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING
## MOTION FOR STATUS CONFERENCE

THIS MATTER is before the Court on the Motion for Status Conference (the "Motion") filed by Harvey Sender, Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED;

IT IS FURTHER ORDERED that a telephonic status conference is set for July 11, 2017, at 3:00 p.m. Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499.

DATED this 5th day of July, 2017.       BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court