# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | Case No. 12-22722 MER |
| ) | |
|    Debtor ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | Adv. Proc. No. 14-01284-MER |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC.; ) | |
| FATHER AND SONS MOVERS, INC.; KRIS ) | |
| MARTINEZ; MICHAEL SARRIS; ) | |
| ERIC SHELDON; MICHAEL DUPREE; ) | |
| and SOFIA SHIFRIN, ) | |
| ) | |
|    Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 5, 2017, true and correct copies of the Court's Order Granting Motion for Status Conference, (Motion at Dkt. #93), were served via U.S. Mail, first class postage prepaid, addressed to all parties listed on the attached Exhibit A.

DOCS-#5912713-v1

Dated this 5th day of July, 2017.

        LINDQUIST & VENNUM LLP

By:     /s/ *Kirstin Kanski*
      John C. Smiley, #16210
      Kirstin D. Kanski, #0346676 (MN)
      Mike S. Richardson, #49014
600 17th Street, Suite 1800 South
Denver, Colorado 80202
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-Mail: jsmiley@lindquist.com
       kkanski@lindquist.com
       mrichardson@lindquist.com

*Attorneys for Harvey Sender, Chapter 7 Trustee*

## **EXHIBIT A**

Vladimir Shifrin
10570 Parkington Lane 32D
Highlands Ranch, CO 80126

Movers Connection Inc.
11692 E Baltic Place
Aurora, CO  80014

Father and Sons Movers, Inc.
17011 Lincoln Ave.
Parker, CO  80134

Kris Martinez
17075 Carlson Dr, #1124
Parker, CO  80134

Michael Sarris
P. O. Box 22292
Denver, CO  80222

Eric Sheldon
9394 E. Atlantic Pl
Denver, CO  80231