## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| July 11, 2017 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>    Debtor. | Case No. 12-22722 MER<br><br>Chapter 7 |

| HARVEY SENDER, TRUSTEE<br><br>    Plaintiff<br><br>v.<br><br>MOVERS CONNECTION, INC.; FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON' MICHAEL DUPREE; and SOFIA SHIFRIN,<br><br>    Defendants | Adversary Proceeding No. 14-1284 MER |

Appearances:

| Plaintiff | Trustee | Counsel | Kristen Kanski |
|---|---|---|---|
| Defendant | Mark and Sofia Shifrin (not present) | Counsel | Vladimir Shifrin |

Proceedings: Status Conference

---

Orders: The Court orders the parties to file briefs regarding whether a jury trial is required for the issue of whether the Defendant entities are *alter egos* of the Debtor by July 25, 2017. Reply briefs are due August 15, 2017. The Court will then determine if it may hold additional hearings in light of the request for withdrawal of the reference, and will schedule a further status conference to address, *inter alia*, the Trustee's request for consolidation of certain of the remaining adversary proceedings associated with Case No. 12-22722 MER.

---

BY THE COURT:
KENNETH S. GARDNER, CLERK


By:____/s/ Kelly B. Lambert_____
    Deputy Clerk