United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 14-01284-MER

Movers Connection Inc.,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: kowacha              Page 1 of 1              Date Rcvd: Jul 12, 2017
                              Form ID: pdf904            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
```
aty            +Vladimir Shifrin,    420 Kendall Court, #. 426,    Castle Pines, CO 80108-9294
aty            +Vladimir Shifrin,    10570 Parkington Lane,    32D,    Highlands Ranch, CO 80126-6733
dft            +Eric Sheldon,    9394 E. Atlantic Pl.,    Denver, CO 80231-5739
dft            +Father and Sons Movers, Inc.,    17011 Lincoln Ave.,    Parker, CO 80134-3144
dft            +Kris Martinez,    17075 Carlson Dr.,    Apt. 1124,    Parker, CO 80134-6877
dft            +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft            +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
```
              Harvey   Sender (Int)     Sendertrustee@sendwass.com
              John C. Smiley    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               lparker@lindquist.com;jgroskopf@lindquist.com
              John S. Cutler    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee jcutler@lindquist.com,
               bblessing@lindquist.com;crabadi@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               kkanski@lindquist.com,   cfunk@lindquist.com
              Michael S. Richardson    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               mrichardson@lindquist.com,   lparker@lindquist.com;bblessing@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey   Sender, Chapter 7 Trustee
               mgilbert@lindquist.com,   jgroskopf@lindquist.com;lparker@lindquist.com
                                                                                             TOTAL: 6
```

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| July 11, 2017 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>LEONID SHIFRIN,<br><br>    Debtor. | Case No. 12-22722 MER<br><br>Chapter 7 |
| HARVEY SENDER, TRUSTEE<br><br>    Plaintiff<br><br>v.<br><br>MOVERS CONNECTION, INC.; FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON' MICHAEL DUPREE; and SOFIA SHIFRIN,<br><br>    Defendants | Adversary Proceeding No. 14-1284  MER |

Appearances:

| Plaintiff | Trustee | Counsel | Kristen Kanski |
|---|---|---|---|
| Defendant | Mark and Sofia Shifrin (not present) | Counsel | Vladimir Shifrin |

Proceedings: Status Conference

Orders:  The Court orders the parties to file briefs regarding whether a jury trial is required for the issue of whether the Defendant entities are *alter egos* of the Debtor by July 25, 2017.  Reply briefs are due August 15, 2017.  The Court will then determine if it may hold additional hearings in light of the request for withdrawal of the reference, and will schedule a further status conference to address, *inter alia*, the Trustee's request for consolidation of certain of the remaining adversary proceedings associated with Case No. 12-22722 MER.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By:_____/s/ Kelly B. Lambert_____
       Deputy Clerk