## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | Case No. 12-22722 MER |
| ) | |
| Debtor ) | Chapter 7 |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | Adv. Proc. No. 14-1284-MER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC.; ) | |
| FATHER AND SONS MOVERS, INC.; ) | |
| KRIS MARTINEZ; MICHAEL SARRIS; ) | |
| ERIC SHELDON; MICHAEL DUPREE; ) | |
| and SOFIA SHIFRIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING
### UNOPPOSED MOTION TO DISMISS
### AND CLOSE ADVERSARY PROCEEDING

THIS MATTER is before the Court on the Unopposed Motion to Dismiss and Close Adversary Proceeding, filed by plaintiff Harvey Sender, as Chapter 7 Trustee (the "Trustee"), pursuant to Fed. R. Civ. P. 41(a)(2), as made applicable by Bankruptcy Rule 7041. The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Trustee's claims against Sofia Shifrin are dismissed without prejudice, the parties to bear their own costs and attorneys' fees, and all claims herein having now been resolved this adversary proceeding is dismissed.

Dated this __ of August, 2017.

BY THE COURT:

_____
Honorable United States Bankruptcy Judge