United States Bankruptcy Court
District of Colorado

Sender, Chapter 7 Trustee,
    Plaintiff

Movers Connection Inc.,
    Defendant

Adv. Proc. No. 14-01284-MER

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: kowacha    Page 1 of 1    Date Rcvd: Jul 31, 2017
                      Form ID: pdf904   Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
```
aty          +Vladimir Shifrin,    420 Kendall Court, #. 426,   Castle Pines, CO 80108-9294
aty          +Vladimir Shifrin,    10570 Parkington Lane,   32D,    Highlands Ranch, CO 80126-6733
dft          +Eric Sheldon,    9394 E. Atlantic Pl.,    Denver, CO 80231-5739
dft          +Father and Sons Movers, Inc.,    17011 Lincoln Ave.,    Parker, CO 80134-3144
dft          +Kris Martinez,    17075 Carlson Dr.,    Apt. 1124,    Parker, CO 80134-6877
dft          +Michael Sarris,    PO box 22292,    Denver, CO 80222-0292
dft          +Movers Connection Inc.,    11692 E. Baltic Place,    Aurora, CO 80014-4940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
```
              Harvey  Sender (Int)    Sendertrustee@sendwass.com, SPierce@sendertrustee.com
              John C. Smiley    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jsmiley@lindquist.com,
               lparker@lindquist.com;jgroskopf@lindquist.com
              John S. Cutler    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee jcutler@lindquist.com,
               bblessing@lindquist.com;crabadi@lindquist.com
              Kirstin Dawn Kanski    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               kkanski@lindquist.com, cfunk@lindquist.com
              Michael S. Richardson    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mrichardson@lindquist.com, lparker@lindquist.com;bblessing@lindquist.com
              Michael T Gilbert    on behalf of Plaintiff Harvey  Sender, Chapter 7 Trustee
               mgilbert@lindquist.com, jgroskopf@lindquist.com;lparker@lindquist.com
```
                                                                       TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN, | ) | Case No. 12-22722 MER |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | Adv. Proc. No. 14-1284-MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOVERS CONNECTION INC.; FATHER AND SONS MOVERS, INC.; KRIS MARTINEZ; MICHAEL SARRIS; ERIC SHELDON; MICHAEL DUPREE; and SOFIA SHIFRIN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO DISMISS**
**AND CLOSE ADVERSARY PROCEEDING**

THIS MATTER is before the Court on the Unopposed Motion to Dismiss and Close Adversary Proceeding, filed by plaintiff Harvey Sender, as Chapter 7 Trustee (the "Trustee"), pursuant to Fed. R. Civ. P. 41(a)(2), as made applicable by Bankruptcy Rule 7041. The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Trustee's claims against Sofia Shifrin are dismissed without prejudice, the parties to bear their own costs and attorneys' fees, and all claims herein having now been resolved this adversary proceeding is dismissed.

Dated this 31st of July, 2017.

BY THE COURT:

Honorable United States Bankruptcy Judge

DOCS-#5142911-v2